**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
Seafarers International Union
5201 Auth Way
Camp Springs, Md.

Civil Action, File Number **07 CA-01726 RMC**

**Don Hamrick**
V.
**Dr. Richard S. Hoffman, etal**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature __9/27/07__          Signature (USMS Official) _____

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

__5201 Auth Way__
Street Number and Street Name or P.O. Box No.

__Camp Springs, MD 20746__
City, State and Zip Code

Signature _____

__Associate Counsel__
Relationship to Entity/Authority to Receive

_____
Service of Process

__9/28/07__
Date of Signature

**RECEIVED**
OCT 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)