U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Dr. Richard S. Hoffman, Md.
Internal Medicine Specialist
142 W. York St., #518
Norfolk, Va. 23510

Civil Action, File Number __CA-07-01726 (RMC)__

__Don Hamrick__

V.

__Dr. Richard S. Hoffman, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) ... complaint in any other manner permitted by law.

... behalf you are being served) must answer the ... nt by default will be taken against you for the

... pt of Summons and Complaint By Mail was

(USMS Official)

COMPLAINT

complaint in the above captioned manner at

ber and Street Name or P.O. Box No.

City, State and Zip Code

Signature

**RECEIVED**
OCT 5 - 2007

Relationship to Entity/Authority to Receive

Service of Process
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Richard S. Hoffman

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X B Hudson    ☑ Agent
             ☐ Addressee
B. Received by (Printed Name): B Hudson
C. Date of Delivery: 10/1/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2510 0003 7140 3234

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED
OCT - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-01726    9-27-07    DB

Copy 4 - USMS District Suspense