**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Crowley Maritime Corp.
9487 Regency Square Blvd.
Jacksonville, Florida 32225

Civil Action, File Number ___CA-07-01726 RMC___

Don Hamrick
V.
Dr. Richard S. Hoffman, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

[If you do not complete and return] this form to the sender within ___ days, you (or the party on whose behalf you [are being served]) [may be required] in serving a summons and complaint in any other manner permitted by law.

[If you do complete and return this] form, you (or the party on whose behalf you are being served) must answer the [complaint within __ days of the date it is] sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[I declare under penalty of perjury that this Notic]e and Acknowledgment of Receipt of Summons and Complaint By Mail was [received by me on (Date)]

_Signature (USMS Official)_

RECEIPT OF SUMMONS AND COMPLAINT

[I received] a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
**RECEIVED**
Signature
OCT 1 1 2007
Relationship to Entity/Authority to Receive
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Service of Process
_____

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense