UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON HAMRICK,

    Plaintiff,

v.                                              C. A. No. 1: 07-cv-01726 (RMC)

RICHARD S. HOFFMAN, et al.,

    Defendants.
_____/

NOTICE OF ENTRY OF APPEARANCE
FOR SEAFARERS INTERNATIONAL UNION

    The Clerk of the Court is requested to note the appearance of the undersigned as counsel for the Seafarers International Union (SIU) in this matter.

Respectfully submitted,

_____/s/_____
Barbara Kraft   D. C. Bar No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW   Suite 600
Washington, DC  20004
(202) 783-1391

Of counsel:
Audrey Feffer
Seafarers International Union Legal Department
5201 Auth Way
Camp Springs, MD  20746
(301) 899-0675

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing notice of entry of appearance upon Plaintiff Don Hamrick by first class mail, postage prepaid, this 18th day of October, 2007, at the address below.

Don Hamrick
5860 Wilburn Road
Wilburn, AR  72179

                                            _____/s/_____