# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DON HAMRICK** )<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>**DR. RICHARD S. HOFFMAN, M.D.,** )<br>*et al.* )<br>)<br>    **Defendants** ) | Case No.: 1:07-cv-01726 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS REQUIRED BY LOCAL RULE 7.1

I, the undersigned, counsel of record for Crowley Maritime Corp., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Crowley Maritime Corp. which have any outstanding securities in the hands of the public: NONE.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Karen A. Doner
Karen A. Doner (#458626)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2007, a copy of the foregoing was sent via e-filing and first-class mail postage prepaid, to:

> Don Hamrick
> 5860 Wilburn Road
> Wilburn, AR  72179
> *Pro Se* Plaintiff

_____/s/_____
Karen A. Doner

1519101v1