IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **Don Hamrick ,** : | |
| : | |
| **Plaintiff** : | |
| v. : | |
| : | Civil Action No. CA -07-01726 |
| : | Judge Rosemary M. Collyer |
| : | |
| : | |
| **Richard S. Hoffman, M.D., et al.** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

Sir/Madam Clerk:

Please enter the appearance of Kathleen H. Warin, Esquire, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP as counsel for defendant Richard S. Hoffman, M.D., in the above-captioned matter.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

By:   /s/ Kathleen H. Warin
        Robert W. Goodson, # 935239
        Kathleen H. Warin #492519
        1341 G Street, N.W.
        Suite 500
        Washington, D.C.  20005
        (202) 626-7660
        (202) 628-3606 (facsimile)
        Robert.Goodson@wilsonelser.com
        Kathleen.Warin@wilsonelser.com
        *Counsel for Defendant*
        *Richard S. Hoffman, M.D.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served via electronic filing this 26th day of October, 2007, to:

Don Hamrick
5860 Wilburn Road
Wilburn, Arkansas  72179
(by First Class Mail pursuant to Local Rule 5(e)(3))

Karen A. Doner
Williams Mullen, A Professional Corp.
8270 Greensboro Drive, Suite 700
McLean, VA  221202
*Attorney for Defendant*
*Crowley Maritime Corporation*

Barbara Kraft
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave, N.W.
Suite 600
Washington, D.C.  20004
*Attorney for Defendant*
*Seafarers International Union*

Audrey Feffer
Seafarers International Union Legal Department
5201 Auth Way
Camp Springs, Maryland 20746
*Attorney for Defendant*
*Seafarers International Union*

  /s/ Kathleen H. Warin
Kathleen H. Warin

2

278519.1