UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON HAMRICK,

    Plaintiff,

v.                                                C. A. No. 1:07-01726 (RMC)

RICHARD S. HOFFMAN, et al.,

    Defendants.
_____/

CERTIFICATE OF SERVICE UPON PLAINTIFF

I certify that I served a copy of the **reply** of Seafarers International Union, and the exhibit filed therewith, by first class mail upon Don Hamrick this 7th day of November, 2007, at the following address:

Don Hamrick
5860 Wilburn Road
Wilburn, AR 72179

Respectfully submitted,

*/s/ Barbara Kraft*

Barbara Kraft  D. C. Bar. No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW  Suite 600
Washington, DC 20004
(202) 783-1391
Fax (202) 783-1392
bkraft@kea-law.com

November 7, 2007

1