# In the U.S. District Court of the District of Columbia

333 Constitution Avenue, Washington, DC 20001

## No. 1:07-cv-1726, RMC

Don Hamrick, pro se )
IN THE CAPACITY OF A )
PRIVATE ATTORNEY GENERAL )
5860 Wilburn Road )    29 U.S.C. § 185
Wilburn, AR 72179 )    29 U.S.C. § 158(a)(1)
    PLAINTIFF/APPELLANT )    29 U.S.C. § 187(a) & (b)
v. )
 )
Dr. Richard S. Hoffman, MD. )
Crowley Maritime Corporation )
Seafarers International Union )
    DEFENDANTS )

---

# PLAINTIFF'S REBUTTAL TO CROWLEY'S OBJECTION TO PLAINTIFF'S PETITION FOR WRIT OF CETIORARI FOR THE U.S. SUPREME COURT AS EVIDENCE OF A CORRUPT FEDERAL JUDICIAL SYSTEM

### AND

# MOTION FOR RECUSAL
## AGAINST JUDGE ROSEMARY M. COLLYER
### FOR JUDICIAL BIAS, CRIMINAL MISCONDUCT, AND OBSTRUCTION OF JUSTICE

---

### ERRATA:

Crowley is correct on my misstatement. The misstated sentence, in its entirety reads:

> This highlight text above directly applies to me as evidenced by my current lawsuit, <u>Hamrick v. Hoffman, Crowley, and Seafarers International Union, U.S. District Court for DC, No. 07-1726</u>, dismissed without prejudiced, but ORDERED to file an Amended Complaint because Judge Rosemary M. Collyer apparently did not like my own authored political poems I included in the Complaint criticizing the corrupt federal judiciary and the U.S. Government.

# RECEIVED

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The above sentence should have read as:

> This highlight text above directly applies to me as evidenced by my current lawsuit, _Hamrick v. United Nations & United States_, U.S. District Court for DC, No. 07-1616, Judge Rosemary M. Collyer presiding, dismissed without prejudice, but ORDERED to file an Amended Complaint (Docket item #8, October 19, 2007) because Judge Rosemary M. Collyer apparently did not like my own authored political poems that I included in the Complaint criticizing the corrupt federal judiciary and the U.S. Government.

I have several ongoing cases running simultaneously and having two cases under one judge not only runs the risk of confusing facts from one case with another but subjects a judge's opinion and bias in one case to be carried over to the other for the same unrepresented civil plaintiff. This is the defect of current judicial procedure in like manner as a judge being allowed to rule on a Motion for Recusal directed at the same judge. Judicial reform in these areas is surely needed.

To the extent that my misstatement momentarily confused the defendants and the Court, I apologize. After all, I am not an attorney but a simple individual citizen in the eyes of the Court to which the history of judicial bias against such civil plaintiffs is well documented.

---

Crowley notes that I have "_failed to meet his burden of alleging facts, which if proven true, would support a claim against Crowley._"

Admittingly, upon reviewing my original Complaint, I did neglect to include "_a demand for judgment for the relief the pleader seeks. Relief in the alternative or several different types may be demanded._"

> Rule 8(a) CLAIMS FOR RELIEF. A pleading which sets forth a claim for relief, whether an original claim, counterclaim, cross-claim, or third-party claim, shall contain
>
> > (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it,
> >
> > (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and
> >
> > (3) **a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded**.

Crowley cites case law stating District of Columbia courts require[1] a plaintiff to establish three elements in breach of contract claims. The three elements with my claims are:

### (1) The existence of a contract.

There are two contracts involved. (1) The contract between Crowley and the Union, and (2) The 3-party verbal agreement on the "peer head jump" involving the Waiver of Crowley's Pre-Employment Physical. Jacqueline Smith of Crowley Maritime Corporation or person or persons unknown to the Plaintiff committed a Breach of Contract and Wrongful Termination by willfully and knowingly accepted fraudulently obtained medical information and causing that information to be communicated to the Master of the M/V Charleston Express causing the Master to initiate medical procedures causing the termination of employment of the Plaintiff in violation of the Waiver of the Pre-Employment Physical.

### (2) A breach of that contract.

The breach of the verbal agreement occurred when Crowley revoked the Pre-Employment Physical by imposing blood pressure checks after Dr. Hoffman's himself or his staff notified Crowley of my high blood pressure when I was at the clinic. It may very well be that Crowley had the right to breach the Waiver of their Pre-Employment Physical, terminate my employment, for their cause of liability. Fine. But because Crowley did, in fact and law breached their Waiver, Crowley is liable for damages.

### (3) The Resultant damages.

The monetary damages are due to the resultant loss of employment and the inherent loss of income, ~~the base wages~~ with the overtime wages. Relief in the alternative or of several different types may be demanded.

---

[1] *See, Ames* v. *HSBC Bank USA, N.A.*, 2007 WL 1404443, (D.D.C. 2007) (copy attached); *In re U.S. Office Products Co. Securities Litigation*, 251 F.Supp.2d 77, (D.D.C. 2003). The plaintiff has the burden of establishing each element. *Redwood Center Ltd. Partnership* v. *Riggs Nat. Bank of Washington*, D.C., 737 F. Supp. 671, (D.D.C. 1990) *citing Browzin* v. *Catholic University of America*, 527 F.2d 843, 849 (D.C. Cir. 1975).

# DEMAND FOR JUDGMENT FOR RELIEF

Therefore, I hereby include that demand for judgment for the relief I seek:

◆ **COMPENSATORY DAMAGES** for the economic loss caused by a broken contract.

◆ **CONSEQUENTIAL DAMAGES** caused indirectly by the broken contract.

◆ **PUNITIVE DAMAGES**

Because I do not have the education nor the experience to determine the appropriate dollar amount for each type of damages I would have to relay on the jury or the court to apply the appropriate amount. However, there is the consideration for Consequential Damages for the Defendants Crowley and the Union (but not so much for Dr. Hoffman) must take into account. The continued opposition to my case for seamen's rights will have a damaging impact upon the international reputations for Crowley and the Union because I do have human rights case against the United States at the Inter-American Commission on Human Rights, Petition No. P-1142-06.

Seamen are wards of the Admiralty. Because the federal courts have dismissed all my cases for the last 5 years I have the opportunity to present a corrupt federal judicial system abandoning their wards of the Admiralty in league with shipping companies and the Union in my human rights case at the Inter-American Commission on Human Rights. If Crowley or the SIU want to quibble over a few dollars in damages to the neglect of their international reputation for human rights of seamen then I demand the maximum amount of monetary damages allowed by law.

Relief in the alternative or of several different types is also demanded in addition to or in lieu of the maximum amount of monetary damages.

Alternative Relief (1): Early settlement of this case.

Alternative Relief (2): Any other relief the Court may deem appropriate.

# MOTION FOR RECUSAL
## AGAINST JUDGE ROSEMARY M. COLLYER
### FOR JUDICIAL BIAS, CRIMINAL MISCONDUCT, AND OBSTRUCTION OF JUSTICE

### CANON 1: A JUDGE SHALL UPHOLD THE INTEGRITY AND INDEPENDENCE OF THE JUDICIARY

A. An independent and honorable judiciary is indispensable to justice in our society. A judge should participate in establishing, maintaining and enforcing high standards of conduct, and shall personally observe those standards so that the integrity and independence of the judiciary will be preserved. The provisions of this Code are to be construed and applied to further that objective.

Because there is a documented history of judicial bias, or, in my opinion, outright judicial and/or political hatred for unrepresented civil plaintiffs with constitutional rights cases in the federal courts; and further because there is more than enough evidence in my several cases of judicial bias, such as Extortion Under Color of Law, 18 U.S.C. § 872, in violation of my right as a seaman under 28 U.S.C. § 1916 as presented to the U.S. Supreme Court (Docket Number pending administrative processing); and further because Judge Rosemary M. Collyer has already treated my other case with extreme disfavor I do not hold much faith or trust in Judge Collyer to treat the present case with any more fidelity to the Rule of Law than she has already exhibited.

The mere fact that I criticize the federal judicial system appears to be just cause for judges to dismiss my cases with prejudice after Judge Ellen Segal Huvelle, in my first Second Amendment case in 2002, dismissed my case apparently substituting a left-wing political ideology hostile to Second Amendment rights for the individual for the Rule of Law. ~~Hence my Tacitus quotation above proving that people never change their basic human behavior of dominance over others.~~

On October 3, 2007 in my other case with Judge Rosemary M. Collyer (No. 07-1616) I filed an *EMERGENCY [MOTION] FOR EX PARTE ORDER VERIFYING AND VALIDATING PLAINTIFF'S CITIZEN'S ARREST WARRANTS AND [MOTION] FOR EX PARTE ORDER TO FEDERAL LAW ENFORCEMENT AGENCIES TO ASSIST THE PLAINTIFF WIT THE CITIZEN'S ARREST WARRANT.*

On October 9, 2007 Judge Rosemary M. Collyer made a handwritten notation on the front page, noting, *"Leave to File GRANTED, Rosemary M. Collyer, 10/9/07."*

On October 19, 2007 Judge Rosemary M. Collyer dismissed my case without prejudice and ordered an Amended Complaint. On page 2 of her *MEMORANDUM OPINION*, she makes three statements that I construe as judicial bias against an unrepresented civil plaintiff, where I am, as a seaman, a ward of the Admiralty entitled to special protections from the Court against advantageous shipping companies and seamen unions:

> (1) "Mr. Hamrick's pleadings are ambiguous and illogical, and Defendants should not be forced to devote resources in attempting to decipher them."
>
> (2) Such dismissals may be made on motion or sua sponte by the court.**[FN1]** See Resource N.E. of Long Island, Inc. v. Babylon, 28 F. Supp. 2d 786, 794.
>
> > **[FN1].** . . However, "[f]actual allegations must be enough to raise a right to relief above the speculative level on the assumption that all of the complaint's allegations are true." Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1964-65 (2007) (internal citations omitted). Factual allegations raised by Mr. Hamrick do not meet this requirement.
>
> (3) "If Mr. Hamrick files an amended complaint that merely recycles the Complaint presently before the Court it may be dismissed with prejudice and the case will then be closed."

In Statement (3) above it is her use of the word "recycles" that reveals her disdain for my criticisms of the federal courts as evidenced by statement on page 1 of her *MEMORANDUM OPINION*:

> "Embedded in the Complaint are excerpts of news articles, poetry, and tangential discussions about "The United Nations's War of Aggression." "

My presumption of judicial bias is supported by here Statement (3) threatening to dismiss my case with prejudice if I "recycle" my Complaint. She does not explicit list what sections of my Complaint offends her. Does she expect me to read her mind? No. She has laid a trap for me, setting me up for a dismissal with prejudice.

Moreover, my presumption of judicial bias is further supported because her dismissal of my case without prejudice demanding an Amended Complaint rendered my *EMERGENCY [MOTION] FOR EX PARTE ORDER VERIFYING AND VALIDATING PLAINTIFF'S CITIZEN'S ARREST WARRANTS AND [MOTION] FOR EX PARTE ORDER TO FEDERAL LAW ENFORCEMENT AGENCIES TO ASSIST THE PLAINTIFF WIT THE CITIZEN'S ARREST WARRANT* moot without an express consent that the Motion survives dismissal.

I construe Judge Rosemary M. Collyer's actions criminal. Because my Emergency Motion concerns documented evidence of felony Extortion Under Color of Law, 18 U.S.C. § 872 (*extortion being a predicate act of racketeering activity under the RICO Act*) of court filing fees from me as a

seaman in violation of the Seamen's Suit law, 28 U.S.C. § 1916 Judge Collyer becomes a Principal, 18 U.S.C. § 2, to misprision of felony, 18 U.S.C. § 4, as an accessory after the fact, 18 U.S.C. § 3, and by such participation to protect other judges and court clerks in their criminal conduct Judge Collyer has obstructed justice by preventing an unrepresented civil plaintiff with a civil RICO Act case acting in the capacity of a Private Attorney General prosecuting racketeering activities.

Therefore I have legal grounds to file a Motion for Recusal against Judge Collyer for judicial bias in the present case (No. 07-1726) and in my other case (No. 1616).

Because Judge Collyer rendered my Emergency Motion moot with her dismissal without prejudice I mailed the appended letter to Attorney General Michael Mukasey giving due process notice that I have authority (without Judge Collyer's verification and validation as I previously requested by Emergency Motion) to proceed with my Citizen's Arrest Warrant against the named judges and the Chief Justice of the Supreme Court and their court clerks for Extortion Under Color of Law.

Justice is a two-edged sword and it apply to judges as it does to the People. No one is above the law.

Respectfully,

Don Hamrick

CERTIFICATION:

Service not provided to government defense counsel because I cannot afford the cost.

But emailed to Defendants.

Respectfully,

Don Hamrick

# Don Hamrick

Monday, November 12, 2007

5860 Wilburn Road, Wilburn, Arkansas 72179; Email: 4donhamrick@gmail.com

# Letter to Attorney General Michael Mukasey

## TABLE OF CONTENTS

ATTORNEY GENERAL MUST ABANDON DEFENSE AGAINST SECOND AMENDMENT CASE IN THE INTEREST OF JUSTICE! .................................................................................................2

CRIMINAL INVESTIGATION DEMANDED .........................................................................................3

GAO REPORT CONFIRMS TENTH AMENDMENT WAR OVER THE "COMMON DEFENCE" CLAUSE OF THE PREAMBLE...............................................................................................................6

NO RIGHT TO POLICE ENFORCEMENT (OR PROTECTION) BECOMES AN INTERNATIONAL HUMAN RIGHTS CASE .......................................................................................................................9

THE SECOND AMENDMENT AS A HUMAN RIGHT IS THE REMEDY TO NO RIGHT TO POLICE PROTECTION ......................................................................................................................................13

FOREIGN AND DOMESTIC ENEMIES OF, AND THREATS TO, THE UNITED STATES................14

CONCLUSION .......................................................................................................................................21

APPENDIX A. AMERICAN DECLARATION ON THE RIGHTS AND DUTIES OF MAN .......................22

APPENDIX B. THE NEXT INTERNATIONAL RIGHT ...........................................................................27

APPENDIX C. CITIZENS ARREST WARRANT FOR CHIEF JUSTICE, & COURT CLERK.....................30

APPENDIX D. CITIZENS ARREST WARRANT FOR JUDGES & COURT CLERK.................................32

# DUE PROCESS NOTICE ON
# STOLEN FIRST AMENDMENT RIGHT TO REDRESS OF GRIEVANCES

*We the People Foundation, Inc., et al* v. *United States, et al*, DC Circuit No. 05-5359 (May 8, 2007)[1] affirms the stolen right to redress of grievances under the petition clause of the First Amendment. The U.S. Department of Justice, the U.S. Marshals Service, and the FBI are hereby given DUE PROCESS NOTICE that a failure or refusal to promptly "redress this grievance" under the First Amendment will place the burden of remedy back upon the victim's Tenth Amendment powers reserved to the People and Ninth Amendment right to effect and prosecute the CITIZEN'S ARREST WARRANT on the basis that **silence is an affirmation of and for the legality of the** CITIZEN'S ARREST WARRANT.

---

[1] Plaintiffs contend that the First Amendment guarantees a citizen's right to receive a government response to or official consideration of a petition for redress of grievances. Plaintiffs' argument fails because, as the Supreme Court has held, the First Amendment does not encompass such a right. *See Minn. State Bd. for Cmty. Colls. v. Knight*, 465 U.S. 271, 283, 285 (1984); *Smith v. Arkansas State Highway Employees*, 441 U.S. 463, 465 (1979).

# Don Hamrick

Monday, November 12, 2007

5860 Wilburn Road, Wilburn, Arkansas 72179; Email: 4donhamrick@gmail.com

## Attorney General Must Abandon Defense Against Second Amendment Case in the Interest of Justice!

### *Hamrick*, pro se -v- *United Nations/United States*,
#### U.S. Supreme Court (Case No. *Not Assigned Yet*)
In Re: 8th Circuit, No. 07-2400
Appealed from U.S. District Court for the Eastern District of Arkansas,
Northern Division, Case No. 06-0044,

And

### *Hamrick v. United States*
#### Inter-American Commission on Human Rights, Petition P-1142-06 (Pending)

## Michael Mukasey, Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Dear Mr. Michael Mukasey,

    I present to you a compelling choice that is in the interest of justice. For the last five years my Second Amendment case has been and continues to be plagued by corruption, extortion under color of law, judicial bias, abuse of the Federal Rules of Civil Procedure, and obstructions of justice, by not only the federal courts by the U.S. Department of Justice, the U.S. Marshals Service, and the FBI, all designed to keep my case from going to trial. The conduct of the federal courts, the U.S. Department of Justice, the U.S. Marshals Service, the FBI, the U.S. Department of Transportation, the U.S. Coast Guard actively blocking my case going to trial violates *every imaginable doctrine* on justice and human rights from section 40 of the Magna Carta (justice delayed is justice denied) to the International Bill of Human Rights, and the United Nations Convention Against Corruption, just to name a few.

    I am an Able Seaman. I can prove the Second Amendment right to *openly* keep and bear arms was the intent of the Common Defence clause of the Preamble to the U.S. Constitution in conjunction with the Fourth, Fifth, Ninth, Tenth, Thirteenth, and Fourteenth Amendments as well as United Nations declarations, conventions, and covenants on human rights. (See, *Hamrick v. United States*, INTER-AMERICAN COMMISSION ON HUMAN RIGHTS, Petition No. P-1142-06 (pending)).

Citing from the U.S. Attorneys Manual on the authority of the Attorney General:

> The Attorney General has the inherent authority to . . . **abandon the defense of any action insofar as it involves the United States of America, or any of its agencies, or any of its agents who are parties in their official**

**capacities**.[2] *See Confiscation Cases*, 7 Wall. 454, 458 (1868) (action brought by an informer with expectation of financial gain); *Conner v. Cornell*, 32 F.2d 581, 585-6 (8th Cir.), *cert. denied*, 280 U.S. 583 (1929) (dismissal of suit on behalf of restricted Indian wards of the United States); *Mars v. McDougal*, 40 F.2d 247, 249 (10th Cir.), *cert. denied*, 282 U.S. 850 (1930); 22 *Op. Att'y Gen.* 491, 494; 38 *Op. Att'y Gen.* 124, 126; *see United States v. Throckmorton*, 98 U.S. 61, 70 (1878); *United States v. Newport News Shipbuilding & Dry Dock Co.*, 571 F.2d 1283 (4th Cir.), *cert. denied*, 439 U.S. 875 (1978). **This authority may be exercised at any time during the course of litigation**.[3]

**The Attorney General also has the inherent authority to compromise any action insofar as it involves the United States of America, its agencies, or any of its agents who are parties in their official capacities**.[4] *See Halbach v. Markham*, 106 F. Supp. 475, 479-480 (D.N.J. 1952), aff'd, 207 F.2d 503 (3rd Cir. 1953), *cert. denied*, 347 U.S. 933 (1954); 38 *Op. Att'y Gen.* 124, 126. **This authority is not dependent upon any express statutory provision**. *See* 38 *Op. Att'y Gen.* 98, 99. **To the contrary, it exists to the extent that it is not expressly limited by statute**. *See Swift & Co. v. United States*, 276 U.S. 311, 331-2 (1928).

Note the additional authority delegated to the Attorney General by the second paragraph of section 5 within Executive Order 6166.

# Criminal Investigation Demanded

As an unrepresented civil plaintiff with a civil RICO Act case acting in the capacity of a *Private Attorney General* I am demanding a criminal investigation into federal judicial system for corruption, extortion under color of law, judicial bias, abuse of the Federal Rules of Civil Procedure, and obstructions of justice; an internal/criminal investigation into the U.S. Department of Justice, for obstructions of justice, false and fraudulent statements; an internal/criminal investigation into the U.S. Marshals Service and the FBI for obstruction of justice, aiding and abetting extortion under color of law (18 U.S.C. § 872), misprision of felony (18 U.S.C. § 4) as accessories after the fact (18 U.S.C. § 3) based on evidence now included in my recently filed Petition for Writ of Certiorari with the U.S. Supreme Court (case number not yet assigned). *The Evidence Demands it!* [5]

My Petition for Writ of Certiorari (docket number pending) has DC Circuit Court ORDERS compelling me to pay the filing fee of the DC Circuit Court when I am exempt from paying the filing fee as a seaman under the Semen's Suit law, 28 U.S.C. § 1916. The Chief Justice of the U.S. Supreme Court, John G. Roberts, when he was a judge at the DC Circuit signed off on two Court ORDERS. The Rule of Law dictates that to be felony Extortion Under Color of Law, 18 U.S.C. § 872. But that is the tip of the iceberg. The U.S. Supreme Court committed the same Extortion Under Color of Law twice! The U.S. District Court in Little Rock, Arkansas committed the same felony.

---

[2] My emphasis!

[3] My emphasis!

[4] My emphasis!

[5] My emphasis!

3

I have exhausted every judicial and executive remedy. I am reduced to the remedy of last resort as provided by common law and by DC CODE § 23-582(b)(1)(A) ARRESTS WITHOUT WARRANT BY OTHER PERSONS. Even though I have undeniably admissible evidence of *felony* Extortion Under Color of Law the FBI and the U.S. Marshals Service deny my allegation and refuse to investigate my submitted complaints. The U.S. Marshals Service has harassed my elderly mother with on-site visits on the pretense of trying to find me when all the while they knew full well they can send emails to me because I have been correspondence with the U.S. Marshals Service, if you consider emails without replies as corresponding.

◆ DC CODE § 23-582(b) ARRESTS WITHOUT WARRANT BY OTHER PERSONS.

**(b) A private person may arrest another** --

    (1) who he has probable cause to believe is committing in his presence --

        (A) **a felony**; [*EXTORTION UNDER COLOR OF LAW*, **18 U.S.C. § 872**]

        (B) an offense enumerated in section 23-581(a)(2)(D) *ATTEMPTS TO COMMIT THEFT OF PROPERTY VALUED IN EXCESS OF $250* [**D.C. Code, § 22-3211**].

**(c) Any person making an arrest pursuant to this section shall deliver the person arrested to a law enforcement officer without unreasonable delay.**

◆ DC CODE § 22-3211. *THEFT.*

(a) For the purpose of this section, the term "wrongfully obtains or uses" means:

    (1) taking or exercising control over property;

    (2) making an unauthorized use, disposition, or transfer of an interest in or possession of property; or

    (3) obtaining property by trick, false pretense, false token, tampering, or deception.

The term "wrongfully obtains or uses" includes conduct previously known as larceny, larceny by trick, larceny by trust, embezzlement, and false pretenses.

(b) A person commits the offense of theft if that person wrongfully obtains or uses the property of another with intent:

    (1) To deprive the other of a right to the property or a benefit of the property.

The U.S. Marshals service has threatened to arrest me if I attempt to make a citizen's arrest of any federal judge or court clerk. If my Citizen's Arrest Warrant is justified based on the evidence then I demand that the Attorney General direct the U.S. Marshals Service to cease and desist with their threat of arrest and their surveillance of me and further direct the U.S. Marshals Service to assist me with the Citizen's Arrest Warrant is required by law, i.e. DC Code § 23-582(b)(2) *"Any person making an arrest pursuant to this section shall deliver the person arrested to a law enforcement officer without unreasonable delay."* U.S. Marshals Service Obstructing Lawful Citizen's Arrest Warrant With Evidence of Federal Judges, Chief Justice of the U.S. Supreme Court and Court Clerks For Extortion Under Color of Law, 18 U.S.C. § 872

## U.S. CODE

◆ 28 U.S.C. § 511, 512, 517, **518(b)**, 519, **526(a)(1)**,* **526(b)**, 530.

◆ 28 U.S.C. § **531*** (The FBI is in the U.S. Dept. of Justice)

Combining 28 U.S.C § 526(a)(1) with § 531, the Attorney General has the authority to investigate the official acts, records, and accounts of— (1) the United States attorneys, the U.S. Marshals Service, . . . ; and under 28 U.S.C § 526(b) Appropriations for the examination of judicial officers are available for carrying out this section; with 28 U.S.C § 531, The FBI is subordinate to the U.S. Department of Justice. The Attorney General has the authority to investigate why the FBI refused to investigate my complaint of Extortion Under Color of Law, 18 U.S.C. § 872 by federal judges of the U.S. District Courts for DC & Eastern District of Arkansas, the DC Circuit, the 8th Circuit and by the U.S. Supreme Court in violation of the Seaman's Suit law, 28 U.S.C. § 1916.

## CODE OF FEDERAL REGULATIONS

◆ 28 C.F.R. § 0.5(a)-(d), (f)

◆ 28 C.F.R. § 0.10(b)(1), (4) & (5) (including the civil justice system).

## THE INTERNATIONAL BILL OF HUMAN RIGHTS [6]

◆ *UNIVERSAL DECLARATION OF HUMAN RIGHTS* of December 10, 1948 [7]

◆ *INTERNATIONAL COVENANT ON ECONOMIC, SOCIAL AND CULTURAL RIGHTS* [8]

◆ *INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS* [9]

◆ *OPTIONAL PROTOCOL TO THE INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS*[10]

◆ *SECOND OPTIONAL PROTOCOL TO THE INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS, AIMING AT THE ABOLITION OF THE DEATH PENALTY* [11]

◆ *AMERICAN CONVENTION ON HUMAN RIGHTS* (Pact of San Jose, Costa Rica of November 22, 1969)[12]

◆ *AMERICAN DECLARATION ON THE RIGHTS AND DUTIES OF MAN OF 1948* [13]

◆ *UNITED NATIONS CONVENTION AGAINST CORRUPTION* [14]

---

[6] http://www.unhchr.ch/html/menu6/2/fs2.htm

[7] http://www.unhchr.ch/udhr/lang/eng.htm

[8] http://www.unhchr.ch/html/menu3/b/a_cescr.htm

[9] http://www.unhchr.ch/html/menu3/b/a_ccpr.htm

[10] http://www.unhchr.ch/html/menu3/b/a_opt.htm

[11] http://www.ohchr.org/english/law/ccpr-death.htm. Not signed or ratified by the United States. Ratification roster available at: http://www.ohchr.org/english/bodies/ratification/12.htm

[12] Signed by the United States on June 1, 1977. Not ratified yet. Convention available at: http://www.cidh.oas.org/Basicos/English/Basic3.American%20Convention.htm. Ratification roster available at: http://www.cidh.oas.org/Basicos/English/Basic4.Amer.Conv.Ratif.htm

[13]

# GAO Report Confirms Tenth Amendment War
# Over the "Common Defence" Clause of the Preamble

GAO Report No. 08-219, *BORDER SECURITY: DESPITE PROGRESS, WEAKNESSES IN TRAVELER INSPECTIONS EXIST AT OUR NATION'S PORTS OF ENTRY* confirms a treasonable neglect or sabotage of national security not only by the Bush Administration but previous administrations' duty to "*provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions*, under Article I, Section 8, Clause 15; and the President's duty to enforce the "*guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against **Invasion**; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), **against domestic Violence**.*" Under Article IV, Section 4 of the U.S. Constitution as evidenced in daily news reports on the border with Mexico. The GAO found that the U.S. Customs and Border Patrol (CBP) has had some success in identifying inadmissible aliens and other violators, **but weaknesses in its operations increase the potential that terrorists and inadmissible travelers could enter the country**.

## PURPOSE AND EFFECT OF THE PREAMBLE[15]

Although the preamble is not a source of power for any department of the Federal Government,[16] the Supreme Court has often referred to it as evidence of the origin, scope, and purpose of the Constitution.[17] "Its true office," wrote Joseph Story in his COMMENTARIES, "is to expound the nature and extent and application of the powers actually conferred by the Constitution, and not substantively to create them. For example, the preamble declares one object to be, 'to provide for the common defense.' No one can doubt that this does not enlarge the powers of Congress to pass any measures which they deem useful for the common defence. But suppose the terms of a given power admit of two constructions, the one more restrictive, the other more liberal, and each of them is consistent with the words, but is, and ought to be, governed by the intent of the power; if one could promote and the other defeat the common defence, ought not the former, upon the soundest principles of interpretation, to be adopted?"[18]

---

[14] Signed by the United States on December 9, 2003. Ratified by the United States on October 30, 2006. Convention available at shttp://www.unodc.org/pdf/crime/convention_corruption/signing/Convention-e.pdf Ratification roster available at: http://www.unodc/unodc/crime_signatures_corruption.html

[15] Government Printing Office, *ANALYSIS AND INTERPRETATION OF THE CONSTITUTION: ANNOTATIONS OF CASES DECIDED BY THE SUPREME COURT OF THE UNITED STATES*; Senate Document No. 108-17; 2002 Edition: Cases Decided to June 28, 2002; p. 53.

[16] *Jacobson* v. *Massachusetts*, 197 U.S. 11, 22 (1905).

[17] E.g., the Court has read the preamble as bearing witness to the fact that the Constitution emanated from the people and was not the act of sovereign and independent States, *McCulloch* v. *Maryland*, 4 Wheat. (17 U.S.) 316, 403 (1819) *Chisholm* v. *Georgia*, 2 Dall. (2 U.S.) 419, 471 (1793); *Martin* v. *Hunter's Lessee*, 1 Wheat. (14 U.S.) 304, 324 (1816), and that it was made for, and is binding only in, the United States of America. *Downes* v. *Bidwell*, 182 U.S. 244, 251 (1901); *In re Ross*, 140 U.S. 453, 464 (1891).

[18] 1 J. Story, *COMMENTARIES ON THE CONSTITUTION OF THE UNITED STATES* (Boston: 1833), 462. For a lengthy exegesis of the preamble phrase by phrase, *see* M. Adler & W. Gorman, *THE AMERICAN TESTAMENT* (New York: 1975), 63–118.

I have ample evidence supporting my claims of human rights violations against the United States. I filed my human rights complaint against the United States with the INTER-AMERICAN COMMISSION ON HUMAN RIGHTS in 2006. The Petition is still pending. Seventh Amendment right to a civil jury trial is a human right under Article XVIII of the AMERICAN DECLARATION ON THE RIGHTS AND DUTIES OF MAN:

> Every person may resort to the courts to ensure respect for his legal rights. There should likewise be available to him a simple, brief procedure whereby the courts will protect him from acts of authority that, to his prejudice, violate any fundamental constitutional rights.[19]

The axiom, "Justice delayed is justice denied" comes from Section 40 of the Magna Carta, "To no one will we sell, to no one deny or delay right or justice." The judicial treatment of my cases these 5 years by the judicial system is characteristic of Gregorian chants "Delay then Deny Justice." It is because my cases for the last 5 years have been dismissed and denied on appeal (with partial exception to DC Circuit, No. 04-5316) without common logic, i.e., use of inapplicable boilerplate case law and reasoning based on facts not in evidence are all construed has violating my human rights to a judicial remedy.

The Solicitor General, Paul D. Clement, has received a copy of my Petition for Writ of Certiorari. The U.S. Supreme Court has not yet assigned a case number to the Petition for Writ of Certiorari.

My 5-year and ongoing Second Amendment case has evolved into a Seventh Amendment appeal to the U.S. Supreme Court for my right to a civil jury trial because the federal courts, the U.S. Department of Justice, the assigned Assistant U.S. Attorneys as defense counsel, the U.S. Marshals Service have used every dirty trick in the book (corruption and obstructions of justice) to keep my case from going to trial these past 5 years (from Ashcroft, to Gonzales, and now you as the Attorney General). It is my experience as an unrepresented civil plaintiff with a Second Amendment case that judicial bias, corruption, and obstructions of justice remain part of the federal judicial system to the extent that I am demanding a criminal investigation similar to Operation Greylord.

Citing the conclusion frm Professor Kurt T. Lash, THE ORIGINAL MEANING OF AN OMISSION: THE TENTH AMENDMENT, POPULAR SOVEREIGNTY AND "EXPRESSLY" DELEGATED POWER, Loyola Law School, Los Angeles, Legal Studies Paper No. 2007-31, October 2007:[20]

> As Gordon Wood recounts in his magisterial Creation of the American Republic, the Federalists succeeded in their efforts to supplant the old Articles of Confederation with a new Constitution by stressing the ultimate sovereignty of the people.[21] Popular sovereignty was a new concept in American political theory, but by 1787 it had nevertheless become the dominant understanding of the legitimate source of government authority. Vestiges of the older system, however, remained, one of which was the assumption that "all rights not expressly and unequivocally reserved to the people are impliedly and incidentally relinquished to rulers."[22] State

---

[19] AMERICAN DECLARATION ON THE RIGHTS AND DUTIES OF MAN, Article XVIII

[20] Available Online at http://ssrn.com/abstract=1000087

[21] See Wood, THE CREATION OF THE AMERICAN REPUBLIC, supra note __ at 536-43, and passim.

[22] Patrick Henry, III ELLIOTS' DEBATES, supra note __ at 445.

governments, for example, were presumed to have general authority to act on the people's behalf absent and express restriction on their power in the state constitution's Declaration of Rights. It was due to this vision of "expressly retained rights" that the Anti-federalists objected to the omission of a Bill of Rights in the proposed Constitution.[23] In response, the Federalists flipped this vision completely around and insisted that, all power being derived from the sovereign people who had previously invested police powers to their state governments, all powers and rights would be retained to the people in the states other than those expressly delegated away. This was the vision of federal power presented to the state conventions, and as James Madison insisted his entire life, this was the vision state conventions reasonably relied upon in ratifying the federal Constitution.

This combination of Federalist explanation and ratifier reliance explains how a word could be omitted from the Tenth Amendment, but nevertheless embraced both before and after the adoption of the Bill of Rights. The concept of expressly delegate power and retained sovereignty was an accepted principle of the law of nations; sovereign power must be assumed retained absent an express delegation. Put another way, delegated power must be narrowly construed in favor of the grantor. Despite John Marshall's best efforts to portray the national government as having received delegated power from an undifferentiated people of the United States, the Founding vision of independent *peoples* endured, as did the concept of strict construction of delegated sovereign power. It was not until the 20th century that rule of strict construction withered and Marshall's vision was revived to provide historical support for the rise of the modern regulatory state.

Today, although the Tenth Amendment has seen its fortunes rise and fall over the past century, the text remains universally accepted as a statement of state rights. This renders the Amendment's closing declaration of the ultimate sovereignty of the people as something of an oddity—either ignored altogether or construed in a manner completely the opposite of the same words in the *Ninth* amendment. In the beginning, however, the words "by the people" and "to the people" represented the same concept of retained sovereignty, a concept which necessarily entails a strict construction of delegated power.

If correct, this article raises a host of unanswered questions. How then *ought* the Tenth Amendment be applied today? To what degree does the original understanding of the ratifiers control modern interpretation of federal power? For example, how would an originalist approach to the Ninth and Tenth Amendments affect the modern interpretation of, say, the Necessary and Proper Clause and the scope of federal commerce power? To what extent was this original understanding modified by later amendments such as the Fourteenth?

These are all important questions, but their exploration must be left to later works.[24] The modest goal of this paper is challenge the blithe assumption that the omission of a word implies the rejection of a principle.

---

[23] Wood, *supra* 541.

[24] As is usually the case, James Madison provided us with a number of clues regarding how this principle of expressly delegated power might be put into practice. Madison believed that, over time, judicial review would produce specific doctrines and "legal landmarks" clarifying the area of retained sovereignty even as it allowed

# No Right to Police Enforcement (or Protection) Becomes an International Human Rights Case

## *Jessica Gonzales et al v. United States*
## Inter-American Commission on Human Rights
## Petition No. P-1490-05

The Inter-American Commission on Human Rights, *REPORT NO. 52/07*, dated July 24, 2007, on the admissibility of *Jessica Gonzales et al v. United States*, declared the claims in the petition to be admissible in respect to Articles I, II, V, VI, VII, XVIII and XXIV of the *AMERICAN DECLARATION ON THE RIGHTS AND DUTIES OF MAN.* In that report Section I. Summary states:

> 1. On December 27, 2005 the Inter-American Commission on Human Rights (hereinafter the "Commission" or "IACHR") received a petition submitted by Caroline Bettinger-Lopez, Emily J. Martin, Lenora Lapidus, Steven Macpherson Watt, and Ann Beeson, attorneys-at-law with the American Civil Liberties Union[1] (hereinafter the "Petitioners") against the Government of the United States (hereinafter the "State" or "U.S."). The petition was presented on behalf of Ms. Jessica Gonzales (Lenahan), a U.S. national who claims that the police failed to respond to her repeated and urgent calls over several hours informing that her estranged husband had taken their three minor daughters (ages 7, 8 and 10) in violation of a restraining order issued against him, which resulted in their death. The United States Supreme Court allegedly validated the law enforcement officials' conduct, by holding that Ms. Gonzales was not entitled under the United States Constitution to have the restraining order enforced by the police.
>
> 2. The petition alleges that the preventable deaths of Ms. Gonzales' children and the harm she suffered violated their rights to life and personal security under Article I, their right to protection of private and family life under Article V, their right to protection of the family under Article VI, their right to special protection for mothers and children under Article VII, and their right to the inviolability of the home under Article IX of the American Declaration on the Rights and Duties of Man (hereinafter "the American Declaration"). Petitioners further allege that the United States' failure to investigate Ms Gonzales' complaint and provide her with a remedy violated her right

---

for the legitimate exercise of federal authority. We have some idea of what Madison viewed as proper landmarks (see internal improvements veto, the Bank speech, etc.). But Madison also left room for "political precedent" whereby an otherwise unduly broad exercise of federal power might receive sufficient sanction over time that later courts would be obliged to uphold the power as a matter of entrenched precedent. For an analysis of Madison's views on original and precedent, see Lash, Originalism, Popular Sovereignty, and Reverse Stare Decisis, supra note ___. [In original]

9

to resort to the courts under Article XVIII, and her right to obtain a prompt decision from the authorities under Article XXIV. Finally, the petition claims that the United States' failure to ensure the substantive rights under the above articles violated Ms. Gonzales' right to equality under Article II. In response to the petition, the State argues that the Petitioners' claims are inadmissible because the alleged victim has failed to exhaust domestic remedies.

3. As set forth in this Report, having examined the contentions of the parties on the question of admissibility, and without prejudging the merits of the matter, the Commission decided to declare the Petitioners' claims admissible with respect to Articles I, II, V, VI, VII, XVIII and XXIV of the American Declaration, to continue with the analysis of the merits of the case, to transmit the report to the parties, and to publish the report and include it in its Annual Report to the General Assembly of the Organization of American States.

The March 2, 2007 *HEARING BEFORE THE INTER-AMERICAN COMMISSION ON HUMAN RIGHTS, ORGANIZATION OF AMERICAN STATES* declared in the Factual Background, Section I, Subsection (h) that in June 2005:

> ***"the U.S. Supreme Court found that Jessica Gonzales had no constitutional right to police enforcement of her restraining order. The Court's decision left her without a remedy."***

And in Subsection (i) that the

> ***"Supreme Court dismissed Ms. Gonzales' case before it went to trial. She has never been given the opportunity to tell her story before a tribunal."***

## AT THE U.S. SUPREME COURT:

### *Town of Castle Rock, Colorado v. Jessica Gonzales,*
individually and as next best friend of her deceased minor children,
Rebecca, Katheryn, and Leslie Gonzales *et al.*
U.S. Supreme Court, No. 04-278, (June 27, 2005)

Respondent filed this suit under 42 U. S. C. §1983 alleging that petitioner violated the Fourteenth Amendment's Due Process Clause when its police officers, acting pursuant to official policy or custom, failed to respond to her repeated reports over several hours that her estranged husband had taken their three children in violation of her restraining order against him. Ultimately, the husband murdered the children. The District Court granted the town's motion to dismiss, but an en banc majority of the Tenth Circuit reversed, finding that respondent had alleged a cognizable procedural due process claim because a Colorado statute established the state legislature's clear intent to require police to enforce retraining orders, and thus its intent that the order's recipient have an entitlement to its enforcement. The court therefore ruled, among other things, that respondent had a protected property interest in the enforcement of her restraining order.

Held: Respondent did not, for Due Process Clause purposes, have a property interest in police enforcement of the restraining order against her husband. Pp. 6-19.

(a) The Due Process Clause's procedural component does not protect everything that might be described as a government "benefit": "To have a property interest in a benefit, a person ... must ... have a legitimate claim of entitlement to it." Board of Regents of State Colleges v. Roth, 408 U. S. 564, 577. Such entitlements are created by existing rules or understandings stemming from an independent source such as state law. E.g., ibid. Pp. 6-7.

(b) A benefit is not a protected entitlement if officials have discretion to grant or deny it. See, e.g., Kentucky Dept. of Corrections v. Thompson, 490 U. S. 454, 462-463. It is inappropriate here to defer to the Tenth Circuit's determination that Colorado law gave respondent a right to police enforcement of the restraining order. This Court therefore proceeds to its own analysis. Pp. 7-9.

(c) Colorado law has not created a personal entitlement to enforcement of restraining orders. It does not appear that state law truly made such enforcement mandatory. A well-established tradition of police discretion has long coexisted with apparently mandatory arrest statutes. Cf. Chicago v. Morales, 527 U. S. 41, 47, n. 2, 62, n. 32. Against that backdrop, a true mandate of police action would require some stronger indication than the Colorado statute's direction to "use every reasonable means to enforce a restraining order" or even to "arrest ... or ... seek a warrant." A Colorado officer would likely have some discretion to determine that--despite probable cause to believe a restraining order has been violated--the violation's circumstances or competing duties counsel decisively against enforcement in a particular instance. The practical necessity for discretion is particularly apparent in a case such as this, where the suspected violator is not actually present and his whereabouts are unknown. In such circumstances, the statute does not appear to require officers to arrest but only to seek a warrant. That, however, would be an entitlement to nothing but procedure, which cannot be the basis for a property interest. Pp. 9-15.

(d) Even if the statute could be said to make enforcement "mandatory," that would not necessarily mean that respondent has an entitlement to enforcement. Her alleged interest stems not from common law or contract, but only from a State's statutory scheme. If she was given a statutory entitlement, the Court would expect to see some indication of that in the statute itself. Although the statute spoke of "protected person[s]" such as respondent, it did so in connection with matters other than a right to enforcement. Most importantly, it spoke directly to the protected person's power to "initiate" contempt proceedings if the order was issued in a civil action, which contrasts tellingly with its conferral of a power merely to "request" initiation of criminal contempt proceedings--and even more dramatically with its

complete silence about any power to "request" (much less demand) that an arrest be made. Pp. 15-17.

(e) Even were the Court to think otherwise about Colorado's creation of an entitlement, it is not clear that an individual entitlement to enforcement of a restraining order could constitute a "property" interest for due process purposes. Such a right would have no ascertainable monetary value and would arise incidentally, not out of some new species of government benefit or service, but out of a function that government actors have always performed--arresting people when they have probable cause. A benefit's indirect nature was fatal to a due process claim in O'Bannon v. Town Court Nursing Center, 447 U. S. 773, 787. Here, as there, "[t]he simple distinction between government action that directly affects a citizen's legal rights ... and action that is directed against a third party and affects the citizen only ... incidentally, provides a sufficient answer to" cases finding government-provided services to be entitlements. Id., at 788. Pp. 17-19.

366 F. 3d 1093, reversed.

Scalia, J., delivered the opinion of the Court, in which Rehnquist, C. J., and O'Connor, Kennedy, Souter, Thomas, and Breyer, JJ., joined. Souter, J., filed a concurring opinion, in which Breyer, J., joined. Stevens, J., filed a dissenting opinion, in which Ginsburg, J., joined.

**Justice Stevens, with whom Justice Ginsburg joins, dissenting.**

Because respondent had a property interest in the enforcement of the restraining order, state officials could not deprive her of that interest without observing fair procedures.[25] Her description of the police behavior in this case and the department's callous policy of failing to respond properly to reports of restraining order violations clearly alleges a due process violation. At the very least, due process requires that the relevant state decisionmaker listen to the claimant and then apply the relevant criteria in reaching his decision.[26] The failure to observe these minimal procedural safeguards creates an unacceptable risk of arbitrary and "erroneous deprivation[s]," Mathews, 424 U. S., at 335. According to respondent's complaint-- which we must construe liberally at this early stage in the litigation, see Swierkiewicz

---

[25] See Logan v. Zimmerman Brush Co., 455 U. S. 422, 432 (1982) (" ' "While the legislature may elect not to confer a property interest, ... it may not constitutionally authorize the deprivation of such an interest, once conferred, without appropriate procedural safeguards" ' ").

[26] See Fuentes v. Shevin, 407 U. S. 67, 81 (1972) ("[W]hen a person has an opportunity to speak up in his own defense, and when the State must listen to what he has to say, substantively unfair and simply mistaken deprivations of property interests can be prevented" (emphasis added)); Bell v. Burson, 402 U. S. 535, 542 (1971) ("It is a proposition which hardly seems to need explication that a hearing which excludes consideration of an element essential to the decision whether licenses of the nature here involved shall be suspended does not meet [the] standard [of due process]"); Goldberg v. Kelly, 397 U. S. 254, 271 (1970) ("[T]he decisionmaker's conclusion as to a recipient's eligibility must rest solely on the legal rules and evidence adduced at the hearing"); cf. ibid. ("[O]f course, an impartial decision maker is essential").

v. *Sorema N. A.*, 534 U. S. 506, 514 (2002)--the process she was afforded by the police constituted nothing more than a " 'sham or a pretense.' " *Joint Anti-Fascist Refugee Comm.* v. *McGrath*, 341 U. S. 123, 164 (1951) (Frankfurter, J., concurring).

----

# The Second Amendment as a Human Right is the Remedy to No Right to Police Protection

In like manner with the Jessica Gonzalez (Lenahan) case I have never been given the opportunity to tell my story before a tribunal (civil jury trial at a U.S. District Court).

Citing *Town of Castle Rock, Colorado* v. *Jessica Gonzales*, individually and as next best friend of her deceased minor children, Rebecca, Katheryn, and Leslie Gonzales *et al*. U.S. Supreme Court, No. 04-278, (June 27, 2005): "Because the case comes to us on appeal from a dismissal of the complaint, we assume its allegations are true. *See Swierkiewicz* v. *Sorema N. A.*, 534 U. S. 506, 508, n. 1 (2002).)" n. 1: "Because we review here a decision granting respondent's motion to dismiss, we must accept as true all of the factual allegations contained in the complaint. *See, e.g., Leatherman* v. *Tarrant County Narcotics Intelligence and Coordination Unit*, 507 U. S. 163, 164 (1993)" the facts I presented in my cases these past five years must be taken as true. Since my present Petition for Writ of Certiorari to the U.S. Supreme Court (case number pending) contains allegations of judicial corruption and extortion under color of law as founded in *Hamrick pro se* v. *President Bush et al*, U.S. District Court for the Eastern District of Arkansas (Little Rock), No. 1:06cv0044, in *Hamrick pro se* v. *President Bush et al*, U.S. District Court for DC, No. 02-1434, No. 02-1435, No. 03-2160 and their subsequent appeals up to U.S. Supreme Court, No. 03-145, the Attorney General is duty bound by the laws cited below to initiate a criminal investigation into the federal judiciary, the U.S. Marshals Service, the FBI, and even into the U.S. Department of Justice.

In *Hamrick* v. *President Bush*, U.S. District Court for Eastern District of Arkansas (Little Rock), No. 1:06cv0044, with the Amended Complent adding the United Nations as Lead Defendant relied on the exceptions to the Foreign Sovereign Immunities Act of 1976, codified in 28 U.S.C. § 1610 on the basis that the United Nations is waging a War of Aggression[27] against our Second Amendment with their global gun control agenda. My case was dismissed more for house cleaning purposes for clearing the overburdened Docket due to the death of the judge presiding in my case. The new judge expediently dismissed my case so quickly is to imply judicial bias.

----

[27] *See* Articles 4 and 5 of the United Nations Definition of Aggression, December 14, 1974. Available Online in PDF format at: http://daccessdds.un.org/doc/RESOLUTION/GEN/NR0/739/16/IMG/NR073916.pdf?OpenElement

# Foreign and Domestic Enemies of, and Threats to, the United States

## The As-Sabiqun Movement

The As-Sabiqun movement is an Islamic movement/organization under the leadership of founder Imam Abdul Alim Musa. It is based in Washington, D.C., and has branches in Oakland, Los Angeles, San Diego, Sacramento, and Philadelphia.

The organization was created by Imam Musa in the early 1990s, at the Masjid Al-Islam mosque in Philadelphia, PA. The name As-Sabiqun is approximately translated from Arabic as "the vanguard." The inspiration for the name comes from the ayah (verse) in the Holy Qur'an (9:100):

"The vanguard (as-Sabiqun) of Islam—the first of those who forsook their homes, and of those who gave them aid, and also those who follow them in all good deeds—well-pleased is Allah with them, as are they with Him: For them hath He prepared Gardens under which rivers flow, to dwell therein forever: that is the supreme Felicity."

Ideologically, the group is influenced by the writings and life work of El-Hajj Malik Shabazz (Malcolm X), Maulana Mawdudi, Shaikh 'Uthman dan Fodio, Hasan al-Banna, Sayyid Qutb, Kalim Siddiqui, Imam Khomeini, and others. The organization's leadership has delivered numerous speeches in the United States and abroad, contributing their analyses and efforts to solve contemporary problems in the Muslim world and in urban America. The paramount goal of the movement is the establishment of Islam as a complete way of life in America. This ultimate goal is predicated on the belief—shared by many Muslims worldwide—that Islam is fully capable of producing a working and just social, political, economic order. The group does not advocate participation in the American political process as an ideal method for advancing Islamic issues in the U.S.; instead, it believes in a strong and active outreach to the people of the U.S.

### Invitation to Movement

As-Sabiqun is an Islamic movement that believes in the Islamic State of North America no later than 2050

## Mexico Military Incursion into United States is an Act of War

A blockbuster exposé in [Soldier of Fortune] magazine's March [2003] issue notes that over the past five years, [1998-2003] there have been 120 documented incidents of Mexican military/police incursions, sometimes resulting in the arrest of Mexican army personnel on U.S. soil by Border Patrol agents.[28]

---

[28] Brock N. Meeks, Chief Washington correspondent, MSNBC, *Mexican incursions inflame border situation: House panel told of shootings by gunmen in Mexican military uniforms.* Feb. 7, 2006. Available Online at: http://www.msnbc.msn.com/id/11226144

### Open Borders invite Invasion of
### Terrorists and Transnational Gangs

MS-13 members stand out by their tattoos. The gang's goal is to spread violence. It's business is to kill and sell drugs. The gang started south of Mexico -- in Salvador and Honduras and reached out to other countries in Central America. The FBI calls it the toughest and most brutal criminal gang in the world.[29]

### Fascism

There is an endless offering of articles and treatises on whether or not the United States is becoming a fascist nation such as:

Harry F. Ward, *THE DEVELOPMENT OF FASCISM IN THE UNITED STATES, ANNALS OF THE AMERICAN ACADEMY OF POLITICAL AND SOCIAL SCIENCE*, Vol. 180, Socialism, Fascism, and Democracy (July 1935), pp. 55-61

Larry Pinkney, *FASCISM: AN AMERICAN REALITY*, Online Journal Contributing Writer, July 6, 2006. Available Online at:
http://onlinejournal.com/artman/publish/article_962.shtml

Joyfulwalker (Jan Allen, Age Of Tyranny News, inactive blog), *THE 63 CHARACTERISTICS OF FASCISM AND AMERICA'S DEVELOPMENT AS A FASCIST NATION*, June 24th, 2006.[30]

Lawrence Britt, *THE 14 CHARACTERISTICS OF FASCISM*,[31] whose work was seminal in preparing *THE 63 CHARACTERISTICS OF FASCISM*. This page is a collection of news articles dating from the start of the Bush presidency divided into topics relating to each of the 14 points of fascism.

Tj Templeton, founder/director POAC, *AN EXAMINATION OF BUSH FASCISM*, An analysis of American Fascism done by the Project for the Old American Century (POAC)[32]

Laurence Britt, "*FASCISM ANYONE?*", *Free Inquiry* magazine, Volume 23, Number 2. (Spring, 2003)[33] He compared the regimes of Hitler, Mussolini, Franco, Suharto, and Pinochet and identified 14 characteristics common to those fascist regimes.

---

[29] Brian Mastre, Reporter, *What is MS-13?* WOWT-TV6 News, Omaha, Nebraska. Available Online at: http://www.wowt.com/news/headlines/10749811.html

[30] http://www.lookingglassnews.org/viewstory.php?storyid=6485;

[31] http://www.oldamericancentury.org/14pts.htm

[32] http://www.oldamericancentury.org/14_pts_2.htm

[33] http://www.secularhumanism.org/index.php?section=library&page=britt_23_2

Also available online at: http://www.oldamericancentury.org/14_pts_2.htm

### Political Correctness is cultural Marxism and is used by Jihad, Radical Islam, Muslim Groups & Individuals, and Terrorist Groups & Individuals

Bill Lind, THE ORIGINS OF POLITICAL CORRECTNESS,[34] An Accuracy in Academia Address, Variations of this speech have been delivered to various AIA conferences including the 2000 Consevative University at American University

Agustin Blazquez with the collaboration of Jaums Sutton, POLITICAL CORRECTNESS: THE SCOURGE OF OUR TIMES,[35] NewsMax.com, April 8, 2002.

> Does anyone know the origins of Political Correctness? Who originally developed it and what was its purpose?

> I looked it up. It was developed at the Institute for Social Research in Frankfurt, Germany, which was founded in 1923 and came to be known as the "Frankfurt School." It was a group of thinkers who pulled together to find a solution to the biggest problem facing the implementers of communism in Russia.

> The problem? Why wasn't communism spreading?

> Their answer? Because Western Civilization was in its way.

> What was the problem with Western Civilization? Its belief in the individual, that an individual could develop valid ideas. At the root of communism was the theory that all valid ideas come from the effect of the social group of the masses. **The individual is nothing.**

> And they believed that the only way for communism to advance was to help (or force, if necessary) Western Civilization to destroy itself. How to do that? **Undermine its foundations by chipping away at the rights of those annoying individuals.**

John McTaggart, and Ellis McTaggart, STUDIES IN THE HEGELIAN DIALECTIC, 1999; 232 pages. This edition printed in 2000 by Batoche Books, 52 Eby Street South, Kitchener, Ontario, N2G 3L1, Canada.[36]

---

[34] http://www.academia.org/lectures/lind1.html

[35] http://archive.newsmax.com/archives/articles/2002/4/4/121115.shtml

[36] http://socserv.mcmaster.ca/econ/ugcm/3ll3/hegel/1014.pdf

William S. Lind, "*POLITICAL CORRECTNESS:" A SHORT HISTORY OF AN IDEOLOGY*, A Product of the Free Congress Foundation, November, 2004.[37]

> *FORWARD - WHAT IS "POLITICAL CORRECTNESS?" By William S. Lind.* The following book, "*POLITICAL CORRECTNESS:" A SHORT HISTORY OF AN IDEOLOGY*, answers that question.[38]
>
> *INTRODUCTION & CHAPTER 1 - WHAT IS "POLITICAL CORRECTNESS"? By William S. Lind.* As Russell Kirk wrote, one of conservatism's most important insights is that all ideologies are wrong. Ideology takes an intellectual system, a product of one or more philosophers, and says, "This system must be true." Inevitably, reality ends up contradicting the system, usually on a growing number of points. But the ideology, by its nature, cannot adjust to reality; to do so would be to abandon the system.[39]
>
> *CHAPTER II - THE HISTORICAL ROOTS OF "POLITICAL CORRECTNESS," By Raymond V. Raehn.* America is today dominated by an alien system of beliefs, attitudes and values that we have come to know as "Political Correctness." Political Correctness seeks to impose a uniformity of thought and behavior on all Americans and is therefore totalitarian in nature. Its roots lie in a version of Marxism which seeks a radical inversion of the traditional culture in order to create a social revolution.[40]
>
> *Chapter III - POLITICAL CORRECTNESS IN HIGHER EDUCATION, By T. Kenneth Cribb, Jr.* On a growing number of university campuses the freedom to articulate and discuss ideas – a principle that has been the cornerstone of higher education since the time of Socrates – is eroding at an alarming rate. Consider just one increasing trend: hundreds (sometimes thousands) of copies of conservative student newspapers have been either stolen or publicly burned by student radicals. In many cases these acts have taken place with the tacit support of faculty and administrators. The perpetrators are rarely disciplined.[41]
>
> *CHAPTER IV - POLITICAL CORRECTNESS: DECONSTRUCTION AND LITERATURE, By Jamie McDonald.* Literature is, if not the most important cultural indicator, at least a significant benchmark of a

---

[37] This is a product of the FREE CONGRESS FOUNDATION, a conservative, non-profit public policy institution in Washington, D.C. To see more of Free Congress Foundation's work, visit their website at http://www.freecongress.org Free Congress has given permission to website visitors to print this book for themselves, and to make copies of it for others, without charge. Also available at:

http://www.discoverthenetworks.org/Articles/Political%20Correctness.htm

[38] http://www.freecongress.org/PC_Essays/A_Foreword.pdf

[39] http://www.freecongress.org/PC_Essays/B_Intro_and_chapter_one.pdf

[40] http://www.freecongress.org/PC_Essays/C_chapter_two.pdf

[41] http://www.freecongress.org/PC_Essays/D_chapter_three.pdf

society's level of civilization. Our nature and environment combine to form each individual mind, which in turn expresses itself in words. Literature, as the words society collectively holds up as exemplary, is then a starting point of sorts – a window into the culture.[42]

CHAPTER V - RADICAL FEMINISM AND POLITICAL CORRECTNESS, By: Dr. Gerald L. Atkinson. Perhaps no aspect of Political Correctness is more prominent in American life today than feminist ideology. Is feminism, like the rest of Political Correctness, based on the cultural Marxism imported from Germany in the 1930s? While feminism's history in America certainly extends longer than sixty years, its flowering in recent decades has been interwoven with the unfolding social revolution carried forward by cultural Marxists.[43]

CHAPTER VI - FURTHER READINGS ON THE FRANKFURT SCHOOL, By: William S. Lind. This is the sixth and final chapter in the Free Congress Foundation's book on Political Correctness, or – to call it by its real name – cultural Marxism. It is a short bibliographical essay intended not as an exhaustive resource for scholars but as a guide for interested citizens who want to learn more about the ideology that is taking over America.[44]

Frank Ellis, MULTICULTURALISM AND MARXISM: AN ENGLISHMAN LOOKS AT THE SOVIET ORIGINS OF POLITICAL CORRECTNESS. November, 1999.[45]

". . . multiculturalism is far from being a solution to racial or cultural conflict. Quite the contrary. Multiculturalism is the road to a special kind of hell that we have already seen in this gruesome 20th century, a hell that man, having abandoned reason and in revolt against God's order, builds for himself and others."

More articles Political Correctness and Jihad, Radical Islam, Muslim Groups & Individuals, Terrorist Groups & Individuals and other articles are available online at:

http://www.discoverthenetworks.org/viewSubCategory.asp?id=112

---

[42] http://www.freecongress.org/PC_Essays/E_chapter_four.pdf

[43] http://www.freecongress.org/PC_Essays/F_chapter_five.pdf

[44] http://www.freecongress.org/PC_Essays/G_chapter_six.pdf

[45] http://www.discoverthenetworks.org/Articles/Multiculturalism%20and%20Marxism.html

Publius Cornelius Tacitus (55-177 AD, senator and historian of ancient Rome) quotations:

*"The more corrupt the state, the more laws."*

*"In a state where corruption abounds, laws must be very numerous."*

*"Abuse if you slight it, will gradually die away; but if you show yourself irritated, you will be thought to have deserved it."*

| **World Prison Populations Rate** (per 100,000 of national population) | | | | |
|---|---|---|---|---|
| | **2003** | **2005** | **2006** | **Ranking** |
| **United States** | **701** | **714** | **738** | **No. 1** |
| Russia | 606 | 532 | 611 | 2 |
| St Kitts & Nevis | 338 | 415 | 547 | 3 |
| U.S. Virgin Islands | 522 | 490 | 521 | 4 |
| Turkmenistan | 489 | 489 | 489 | 5 |
| Belize | 459 | 429 | 487 | 6 |
| Cuba | 297 | 487 | 487 | 7 |
| Palau | No Info | 523 | 478 | 8 |
| British Virgin Islands | 215 | 215 | 464 | 9 |
| Bermuda | 447 | 532 | 463 | 10 |
| Bahamas | 410 | 410 | 462 | 11 |
| Cayman Island | 501 | 429 | 453 | 12 |
| American Samoa | 243 | 301 | 446 | 13 |
| Belarus | 554 | 532 | 426 | 14 |
| Dominica | 420 | 337 | 419 | 15 |
| Suriname | 437 | 437 | 356 | 16 |
| Ukraine | 415 | 417 | 356 | 17 |
| Maldive Islands | 414 | 416 | 343 | 18 |
| Kazakhstan | 522 | 386 | 340 | 19 |
| South Africa | 402 | 413 | 335 | 20 |

SOURCE:

(2006) Roy Walmsley *WORLD PRISON POPULATION LIST*, 7th ed., October 2006, King's College, London, International Centre for Prison Studies, http://www.kcl.ac.uk/depsta/rel/icps/world-prison-pop-seventh.pdf

(2005) Roy Walmsley *WORLD PRISON POPULATION LIST*, 7th ed., February 2005, King's College, London, International Centre for Prison Studies, http://www.kcl.ac.uk/depsta/rel/icps/world-prison-pop-seventh.pdf

(2003) Roy Walmsley, *WORLD PRISON POPULATION* List (fifth edition), November 2003, Research, Development and Statistics Directorate. Communication Development Unit, Room 264, Home Office, 50 Queen Anne's Gate, London SW1H 9AT.

# U.S. Attorney's Office, Alexandria, Virginia

## Our Mission:

➜ To enforce vigorously the federal criminal laws of the United States, **_to represent effectively the interests of the United States in civil litigation_**, and to meet fully the public safety needs of the community through an efficient, well-coordinated law enforcement effort.

One of the interests of the United States is its people (the public) participating in the "Common Defence" through the security of a free state by full liberty to exercise their right to keep and bear arms under the Second Amendment. However, Government incompetence derives from the believe that a disarmed public is in the interest of the United States.

## Our Responsibilities:

➜ **_Promote the fair and impartial administration of justice, adhering to the highest ethical, professional and performance standards_**;

➜ Promote effective partnerships with local, state and federal law enforcement agencies, and **_the community at large in furtherance of law enforcement_**;

➜ **_Protect the rights of citizens, victims of crime and witnesses_**;

➜ **_Enhance community safety by reducing crime and the fear of crime, through outreach and education_**;

➜ Inspire confidence in the criminal justice system. [ [*But not the civil justice system?*] ]


Judging from my experience with the federal judicial system I have to say that the U.S. Department of Justice is promoting the unfair partial administration of justice, violating the ethical, professional, and performance standards of their lot.

Instilling a distrust of the people with their Second Amendment rights does not promote effective partnerships with local, state, and federal law enforcement agencies with the community at large in the furtherance of law enforcement.

The U.S. Department of Justice has not protected my rights as a victim of government wrongdoing.

The refusal to trust the people with the Second Amendment rights to build social norms in mutual development with law will more effectively enhance community safety.

What is severely needed are U.S. Department of Justice programs that will inspire confidence in the civil justice system, i.e., reforming the Judicial Recusal law, 28 U.S.C. § 455 because a judge to rule on a Motion for Recusal directed at him violates the litigants due process rights. The current Judicial Recusal law does not inspire confidence, but distrust.

# Conclusion

The complexity of my case demands a civil jury trial!. My case argues for second Amendment rights from a U.S. merchant seaman's point of view it overlaps local/State laws, federal laws, international laws, United Nations declarations, conventions, and covenants on human rights and maritime law. At the international level my case covers includes the Genocide Convention

I can cite volumes of facts proving that my case deserves to go to trial or at least deserves a settlement with a declaratory judge and a published opinion. But I hope that I have caused you enough concern that how my case has been treated by the bench and bar that I do, in fact and law, have a case worthy to be heard at trial and that you find it true that it is in the interest of the United States to let it go to trial.

On another front, the "Big Picture" our nation's enemies are increasing at a dramatic rate while the United States Government is lethargic to mobilize the American people. Multiculturalism will destroy the United States just as assuredly as an all nuclear war of mutually assured destruction.

The daily threat to the lives and personal safety of the American people are increasing at a relentless pace. The refusal by the U.S. Government to restore Second Amendment rights is tantamount of human rights violation under the Genocide Convention.

All the legal, historical, and academic research I do for my pleadings is to no avail because the federal judicial system is so corrupt that federal judges are pushing their own political ideologies using the Hegelian Dialectic in the same manner as communists, Marxists, the Islamic, and socialists are doing. And the U.S. Department of Justice cannot even see fit to allow an unrepresented civil plaintiff fight for the Second Amendment and traditional American values to have day in court with a civil jury trial.

Sincerely,

Don Hamrick

# APPENDIX A. American Declaration on The Rights and Duties of Man

(Adopted by the Ninth International Conference of American States,
Bogotá, Colombia, 1948)

**WHEREAS:**

The American peoples have acknowledged the dignity of the individual, and their national constitutions recognize that juridical and political institutions, which regulate life in human society, have as their principal aim the protection of the essential rights of man and the creation of circumstances that will permit him to achieve spiritual and material progress and attain happiness;

The American States have on repeated occasions recognized that the essential rights of man are not derived from the fact that he is a national of a certain state, but are based upon attributes of his human personality;

The international protection of the rights of man should be the principal guide of an evolving American law;

The affirmation of essential human rights by the American States together with the guarantees given by the internal regimes of the states establish the initial system of protection considered by the American States as being suited to the present social and juridical conditions, not without a recognition on their part that they should increasingly strengthen that system in the international field as conditions become more favorable,

The Ninth International Conference of American States

**AGREES:**

To adopt the following

## AMERICAN DECLARATION OF THE RIGHTS AND DUTIES OF MAN

### Preamble

All men are born free and equal, in dignity and in rights, and, being endowed by nature with reason and conscience, they should conduct themselves as brothers one to another.

The fulfillment of duty by each individual is a prerequisite to the rights of all. Rights and duties are interrelated in every social and political activity of man. While rights exalt individual liberty, duties express the dignity of that liberty.

Duties of a juridical nature presuppose others of a moral nature which support them in principle and constitute their basis.

Inasmuch as spiritual development is the supreme end of human existence and the highest expression thereof, it is the duty of man to serve that end with all his strength and resources.

Since culture is the highest social and historical expression of that spiritual development, it is the duty of man to preserve, practice and foster culture by every means within his power.

And, since moral conduct constitutes the noblest flowering of culture, it is the duty of every man always to hold it in high respect.

# CHAPTER ONE
## Rights

**Article I.** Every human being has the right to life, liberty and the security of his person.

Right to life, liberty and personal security.

**Article II.** All persons are equal before the law and have the rights and duties established in this Declaration, without distinction as to race, sex, language, creed or any other factor.

Right to equality before law.

**Article III.** Every person has the right freely to profess a religious faith, and to manifest and practice it both in public and in private.

Right to religious freedom and worship.

**Article IV.** Every person has the right to freedom of investigation, of opinion, and of the expression and dissemination of ideas, by any medium whatsoever.

Right to freedom of investigation, opinion, expression and dissemination.

**Article V.** Every person has the right to the protection of the law against abusive attacks upon his honor, his reputation, and his private and family life.

Right to protection of honor, personal reputation, and private and family life.

**Article VI.** Every person has the right to establish a family, the basic element of society, and to receive protection therefore.

Right to a family and to protection thereof.

**Article VII.** All women, during pregnancy and the nursing period, and all children have the right to special protection, care and aid.

Right to protection for mothers and children.

**Article VIII.** Every person has the right to fix his residence within the territory of the state of which he is a national, to move about freely within such territory, and not to leave it except by his own will.

Right to residence and movement.

**Article IX.** Every person has the right to the inviolability of his home.

Right to inviolability of the home.

**Article X.** Every person has the right to the inviolability and transmission of his correspondence.

Right to the inviolability and transmission of correspondence.

**Article XI.** Every person has the right to the preservation of his health through sanitary and social measures relating to food, clothing, housing and medical care, to the extent permitted by public and community resources.

Right to the preservation of health and to well-being.

**Article XII.** Every person has the right to an education, which should be based on the principles of liberty, morality and human solidarity.

Likewise every person has the right to an education that will prepare him to attain a decent life, to raise his standard of living, and to be a useful member of society.

The right to an education includes the right to equality of opportunity in every case, in accordance with natural talents, merit and the desire to utilize the resources that the state or the community is in a position to provide.

Every person has the right to receive, free, at least a primary education.

Right to education.

**Article XIII.** Every person has the right to take part in the cultural life of the community, to enjoy the arts, and to participate in the benefits that result from intellectual progress, especially scientific discoveries.

He likewise has the right to the protection of his moral and material interests as regards his inventions or any literary, scientific or artistic works of which he is the author.

*Right to the benefits of culture.*

**Article XIV.** Every person has the right to work, under proper conditions, and to follow his vocation freely, insofar as existing conditions of employment permit.
Every person who works has the right to receive such remuneration as will, in proportion to his capacity and skill, assure him a standard of living suitable for himself and for his family.

*Right to work and to fair remuneration.*

**Article XV.** Every person has the right to leisure time, to wholesome recreation, and to the opportunity for advantageous use of his free time to his spiritual, cultural and physical benefit.

*Right to leisure time and to the use thereof.*

**Article XVI.** Every person has the right to social security which will protect him from the consequences of unemployment, old age, and any disabilities arising from causes beyond his control that make it physically or mentally impossible for him to earn a living.

*Right to social security.*

**Article XVII.** Every person has the right to be recognized everywhere as a person having rights and obligations, and to enjoy the basic civil rights.

*Right to recognition of juridical personality and civil rights.*

**Article XVIII.** Every person may resort to the courts to ensure respect for his legal rights. There should likewise be available to him a simple, brief procedure whereby the courts will protect him from acts of authority that, to his prejudice, violate any fundamental constitutional rights.

*Right to a fair trial.*

**Article XIX.** Every person has the right to the nationality to which he is entitled by law and to change it, if he so wishes, for the nationality of any other country that is willing to grant it to him.

*Right to nationality.*

**Article XX.** Every person having legal capacity is entitled to participate in the government of his country, directly or through his representatives, and to take part in popular elections, which shall be by secret ballot, and shall be honest, periodic and free.

*Right to vote and to participate in government.*

**Article XXI.** Every person has the right to assemble peaceably with others in a formal public meeting or an informal gathering, in connection with matters of common interest of any nature.

*Right of assembly.*

**Article XXII.** Every person has the right to associate with others to promote, exercise and protect his legitimate interests of a political, economic, religious, social, cultural, professional, labor union or other nature.

*Right of association.*

**Article XXIII.** Every person has a right to own such private property as meets the essential needs of decent living and helps to maintain the dignity of the individual and of the home.

Right to property.

**Article XXIV.** Every person has the right to submit respectful petitions to any competent authority, for reasons of either general or private interest, and the right to obtain a prompt decision thereon.

Right of petition.

**Article XXV.** No person may be deprived of his liberty except in the cases and according to the procedures established by pre-existing law.

No person may be deprived of liberty for nonfulfillment of obligations of a purely civil character.

Every individual who has been deprived of his liberty has the right to have the legality of his detention ascertained without delay by a court, and the right to be tried without undue delay or, otherwise, to be released. He also has the right to humane treatment during the time he is in custody.

Right of protection from arbitrary arrest.

**Article XXVI.** Every accused person is presumed to be innocent until proved guilty.

Every person accused of an offense has the right to be given an impartial and public hearing, and to be tried by courts previously established in accordance with pre-existing laws, and not to receive cruel, infamous or unusual punishment.

Right to due process of law.

**Article XXVII.** Every person has the right, in case of pursuit not resulting from ordinary crimes, to seek and receive asylum in foreign territory, in accordance with the laws of each country and with international agreements.

Right of asylum.

**Article XXVIII.** The rights of man are limited by the rights of others, by the security of all, and by the just demands of the general welfare and the advancement of democracy.

Scope of the rights of man.

## CHAPTER TWO
### Duties

**Article XXIX.** It is the duty of the individual so to conduct himself in relation to others that each and every one may fully form and develop his personality.

Duties to society.

**Article XXX.** It is the duty of every person to aid, support, educate and protect his minor children, and it is the duty of children to honor their parents always and to aid, support and protect them when they need it.

Duties toward children and parents.

**Article XXXI.** It is the duty of every person to acquire at least an elementary education.

Duty to receive instruction.

**Article XXXII.** It is the duty of every person to vote in the popular elections of the country of which he is a national, when he is legally capable of doing so.

Duty to vote.

**Article XXXIII.** It is the duty of every person to obey the law and other legitimate commands of the authorities of his country and those of the country in which he may be.

Duty to obey the law.

**Article XXXIV.** It is the duty of every able-bodied person to render whatever civil and military service his country may require for its defense and preservation, and, in case of public disaster, to render such services as may be in his power.

It is likewise his duty to hold any public office to which he may be elected by popular vote in the state of which he is a national.

Duty to serve the community and the nation.

**Article XXXV.** It is the duty of every person to cooperate with the state and the community with respect to social security and welfare, in accordance with his ability and with existing circumstances.

Duties with respect to social security and welfare.

**Article XXXVI.** It is the duty of every person to pay the taxes established by law for the support of public services.

Duty to pay taxes.

**Article XXXVII.** It is the duty of every person to work, as far as his capacity and possibilities permit, in order to obtain the means of livelihood or to benefit his community.

Duty to work.

**Article XXXVIII.** It is the duty of every person to refrain from taking part in political activities that, according to law, are reserved exclusively to the citizens of the state in which he is an alien.

Duty to refrain from political activities in a foreign country.

# Appendix B. The Next International Right

# The Next International Right

By Glenn Harlan Reynolds
FoxNews.com/Views: Straight Talk
Thursday, October 17, 2002
www.foxnews.com/story/0,2933,65889,00.html.

**The past century was one of barbarism and mass murder, one in which the world stood by while large populations were exterminated by governments bent on power and possessed of the means of killing.**

> [PLAINTIFF'S NOTE: For a discussion on the right of a people to be armed against genocide by the people's own government. *See also*, Daniel B. Polsby and Don B. Kates, Jr., *Of Holocausts and Gun Control*. 75 Wash. U. L. Q. 1237 (Fall 1997). See also, Victor Peskin, *Rwandan Ghosts: Eight years after the genocide, an international tribunal is failing to sort the criminals from the victims.* LegalAffairs.com, September/October 2002. Available Online at http://www.legalaffairs.org/issues/September-October-2002/feature_peskin_sepoct2002.msp.

The past century was one of barbarism and mass murder, one in which the world stood by while large populations were exterminated by governments bent on power and possessed of the means of killing.

After World War II, the "international community" determined that the most important goal of the new international system created for the post-war era would be the prevention of genocide. "Never again," we were told, and nations signed the Convention on the Prevention and Punishment of the Crime of Genocide in large numbers.

Among the nations who signed were Cambodia (1950), the Congo (1962) and Rwanda (1975), though Rwanda was originally covered by Belgium's agreement in 1952, when Rwanda was a Trust Territory administered by Belgium.

These three nations, of course, went on to become the greatest sites of genocide in the second half of the 20th century. (China's mass murders and starvation under Mao are more properly called "democide," as they did not single out a particular group or culture.)

In every case, the "international community" stood aside while the genocide took place unimpeded by the parchment barriers of international agreement. Tea, sympathy and peacekeeping forces were provided after the killing was done, but no action was taken to seriously inconvenience the killers while they were at work. International agreements, and the international community, have proved as useless as the League of Nations was in confronting Mussolini's invasion of Ethiopia.

As one article on the Rwandan genocide in Foreign Affairs puts it:

As reports of genocide reached the outside world starting in late April, public outcry spurred the United Nations to reauthorize a beefed up "UNAMIR II" on May 17. During the following month, however, the U.N. was unable to obtain any substantial contributions of troops and equipment. As a result, on June 22 the Security Council authorized France to lead its own intervention, Operation Turquoise, by which time most Tutsi were already long dead.

Nor have efforts to deter genocide by trying killers after the fact done very well. As

the magazine Legal Affairs reports, Rwandan killers have turned up actually on the payroll of the "International Court" designated to try war criminals. It is, said one observer, as if Klaus Barbie had turned up on the staff at Nuremberg. Pol Pot, meanwhile, apparently died in bed.

This has led some observers to suggest that genocide isn't something that can be addressed by international conventions or tribunals. A recent article in the Washington University Law Quarterly argues that the most important thing we can do to prevent genocide is to ensure that civilian populations are armed:

The question of genocide is one of manifest importance in the closing years of a century that has been extraordinary for the quality and quantity of its bloodshed. As Elie Wiesel has rightly pointed out, "This century is the most violent in recorded history. Never have so many people participated in the killing of so many people."

Recent events in the former Yugoslavia, Rwanda, and many other parts of the world make it clear that the book has not yet been closed on the evil of official mass murder. Contemporary scholars have little explored the preconditions of genocide. Still less have they asked whether a society's weapons policy might be one of the institutional arrangements that contributes to the probability of its government engaging in some of the more extreme varieties of outrage.

Though it is a long step between being disarmed and being murdered--one does not usually lead to the other--but it is nevertheless an arresting reality that not one of the principal genocides of the twentieth century, and there have been dozens, has been inflicted on a population that was armed. (Emphasis added).

The result, conclude law professor Daniel Polsby and criminologist Don Kates, is that "a connection exists between the restrictiveness

of a country's civilian weapons policy and its liability to commit genocide."

Armed citizens, they argue, are far less likely to be massacred than defenseless ones, and armed resistance to genocide is more likely to receive outside aid. It is probably no accident that the better-armed resistance to genocide in Bosnia and Kosovo drew international intervention, while the hapless Rwandans and Cambodians did not. When victims resist, what is merely cause for horror becomes cause for alarm, and those who are afraid of the conflict's spread will support (as Europe did) intervention out of self-interest when they could not be bothered to intervene out of compassion.

It is no wonder that genocide is so often preceded by efforts to disarm the people.

Current events in Zimbabwe appear to be playing out in the fashion that Polsby and Kates warn against. If this is the case, then surely the human rights community could be expected to take on the subject of armed citizens, particularly as the right to arms is far closer to the individual rights that make up the "first generation" of internationally recognized human rights.

After all, the human rights community has long argued that all sorts of dramatic changes in international law are justified if they might make genocide unlikely and has been nothing less than flexible in discovering such "post-first-generation" human rights as "developmental rights," "environmental rights" and a "right to peace."

In fact, the human rights community has addressed the issue -- but from the wrong side. They seem generally supportive of U.N. Secretary-General Kofi Annan's effort to put in place a global gun control regime "including a prohibition of unrestricted trade and private ownership of small arms."

In other words, in the face of evidence that an armed populace prevents genocide, the human rights community has largely gotten behind a campaign to ensure that there

will be no armed populaces anywhere in the world.

It seems to me that the human rights community has things exactly backward. Given that the efforts of the international community to prevent and punish genocide over the past several decades have been, to put it politely, a dismal failure, perhaps it is time to try a new approach. International human rights law is supposed to be a "living" body of law that changes with the needs of the times in order to secure important goals -- chief among which is the prevention of genocide. Given that the traditional approaches of conventions and tribunals have failed miserably, the human rights community should be prepared to endorse a new international human right: the right of law-abiding citizens to be armed.

It may seem odd to make such an argument at a time when D.C. is being terrorized by a mysterious gunman. But no one should pretend that rights do not have costs. We recognize the right to free speech not because we believe that speech does no harm, but because we believe that free speech has benefits that outweigh the harm. We recognize the right to abortion not because we believe that it is costless, but because the cost of having the state supervise women's pregnancies is seen as worse. And we recognize the freedom of religion not because

religion is safe -- it can and does lead to violence, as the worldwide epidemic of Islamic terrorism demonstrates -- but because having the government prescribe what is orthodox is worse.

Similarly, an armed populace might conceivably lead to more crime (though the criminological evidence suggests otherwise). But even if one believes that widespread ownership of firearms by law-abiding citizens leads to somewhat more crime, that is not by itself an argument against creating such a right, merely a cost to be set against the increased protection from genocide that such a right would provide.

Given the high value that we (supposedly, at least) place on preventing genocide, it seems unlikely that minor increases in crime rates could justify eliminating such a protection.

I wonder if the Bush administration's diplomatic corps will have the nerve and the integrity to push this argument at the U.N. and elsewhere, not merely as an argument in opposition to global gun control, which they have been making already, but an argument in favor of a positive right to be armed as part of international human rights law? Perhaps they will, if enough Americans encourage them to.

*Glenn Harlan Reynolds is a law professor at the University of Tennessee and publishes InstaPundit.Com. He is co-author, with Peter W. Morgan, of The Appearance of Impropriety: How the Ethics Wars Have Undermined American Government, Business, and Society (The Free Press, 1997).*

## APPENDIX C. Citizens Arrest Warrant for Chief Justice, & Court Clerk

# Citizen's Arrest Warrant

## -FOR-

# CHIEF JUSTICE JOHN G. ROBERTS, JR.

## U.S. SUPREME COURT

In Re: Hamrick v. President Bush, DC Circuit, No. 02-5334
In Re: Hamrick v. President Bush, DC Circuit, No. 04-5316

# WILLIAM K. SUTER

## COURT CLERK, U.S. SUPREME COURT

**In Re: Hamrick v. President Bush, U.S. Supreme Court, No. 03-145**
**In Re: Hamrick v. President Bush, U.S. Supreme Court, No. 04-1150**

### *EACH FOR TWO COUNTS OF*
### *EXTORTION OF FILING FEES (28 U.S.C. § 1916)*
### *AS PREDICATE ACTS FOR RACKETEERING ACTIVITY*

## DUE PROCESS NOTICE ON
## STOLEN FIRST AMENDMENT RIGHT TO REDRESS OF GRIEVANCES

*We the People Foundation, Inc., et al* v. *United States, et al,* DC Circuit No. 05-5359 (May 8, 2007)[46] affirms the stolen right to redress of grievances under the petition clause of the First Amendment. The U.S. Department of Justice, the U.S. Marshals Service, and the FBI are hereby given DUE PROCESS NOTICE that a failure or refusal to promptly "redress this grievance" under the First Amendment will place the burden of remedy back upon the victim's Tenth Amendment powers reserved to the People and Ninth Amendment right to effect and prosecute the CITIZEN'S ARREST WARRANT on the basis that **silence is an affirmation of and for the legality of the *CITIZEN'S ARREST WARRANT*.**

---

[46] Plaintiffs contend that the First Amendment guarantees a citizen's right to receive a government response to or official consideration of a petition for redress of grievances. Plaintiffs' argument fails because, as the Supreme Court has held, the First Amendment does not encompass such a right. *See Minn. State Bd. for Cmty. Colls. v. Knight*, 465 U.S. 271, 283, 285 (1984); *Smith v. Arkansas State Highway Employees*, 441 U.S. 463, 465 (1979).

30

I, Don Hamrick, *sui juris*, citizen of Arkansas and of the United States under the Ninth, Tenth, Thirteenth and Fourteenth Amendments, am the unrepresented civil Plaintiff acting in the capacity of a *PRIVATE ATTORNEY GENERAL* with a civil RICO Act case against the United States Government (President George W. Bush, et al) and against the United Nations for breach of the United Nations Charter, Article 2, Clause 7, in defense of not only my own rights under the Second Amendment but also for the Second Amendment rights of the citizens of the United States at large, and under penalty of perjury, under the laws of the United States of America, hereby warrant that probable cause exists to justify the immediate arrest and arraignment of federal judges and their court clerks so named or implicated above on formal charges of participating as principals (18 U.S.C. § 2) in racketeering activities (18 U.S.C. § 1962) as accessory after the facts (18 U.S.C. § 3) and misprision of felony (18 U.S.C. § 4), of an unlawful and an unconstitutional protection scheme over the Second Amendment and for felony extortion (18 U.S.C. § 872) and conspiring to engage in a pattern of racketeering activities and related RICO "predicate acts" in connection with the above Civil RICO action, in violation of the criminal statutes at 18 U.S.C. 1961(1)(A), "Extortion" of exempted filing fees from the unrepresented civil Plaintiff Don Hamrick, a fully documented U.S. merchant seamen in violation of the Seamen's Suit law (28 U.S.C. § 1916).

I hereby verify also, under penalty of perjury, under the laws of the United States of America that I am the victim of felony extortion (18 U.S.C. § 872) under color of law (18 U.S.C. § 241 and 18 U.S.C. § 242) in retaliation for participating in Federal Protected Activities (18 U.S.C. § 245) of the federal judicial system as a U.S. merchant seaman and as an unrepresented civil Plaintiff acting in the capacity of a *PRIVATE ATTORNEY GENERAL* in defense of not only my own statutory, civil, and constitutional rights as a U.S. merchant seaman and as a U.S. citizen but also the same statutory, civil, and constitutional rights of all U.S. merchant seamen as a class of citizens and all U.S. citizens at large, and also as an eyewitness to, the criminal violations enumerated above.

Please make all necessary arrangements to execute the arrest of John G. Roberts, Chief Justice of the U.S Supreme Court and the and/or to schedule on-site assistance to the victim from the U.S. Marshals Service and/or the Capitol Police for purposes for purposes  of executing a proper Citizen's Arrest, at a time and place convenient to the victim and to your office.

## Miranda Warning
*Miranda v. Arizona,* 384 U.S. 436 (1966)

***You have the right to remain silent. Anything you do say may be used against you in a court of law. You have the right to consult an attorney before speaking and to have an attorney present during questioning now or in the future. If you cannot afford an attorney, one will be appointed for you at government expense. If you decide to answer questions now without an attorney present you will still have the right to stop answering at any time until you talk to an attorney.***

Sincerely,

Don Hamrick

## APPENDIX D. Citizens Arrest Warrant for Judges & Court Clerk

# Citizen's Arrest Warrant

---

### -FOR-
### CHIEF JUDGE GINSBURG, JUDGE HARRY T. EDWARDS,
### JUDGE DAVID B. SENTELLE, JUDGE KAREN LECRAFT HENDERSON,
### JUDGE A. RAYMOND RANDOLPH, JUDGE W. ROGERS,
### JUDGE DAVID S. TATEL, JUDGE MERRICK B. GARLAND,

### MARK J. LANGER, COURT CLERK, DC CIRCUIT
### MICHAEL C. MCGRAIL, DEPUTY CLERK/LD
### LINDA JONES, MARK BUTLER, JOHN T. HALEY, DEPUTY CLERKS

# THE DC CIRCUIT

### EACH FOR TWO COUNTS OF
### EXTORTION OF FILING FEES (28 U.S.C. § 1916)
### AS PREDICATE ACTS FOR RACKETEERING ACTIVITY

### In Re: Hamrick v. President Bush, DC Circuit, No. 02-5334
### In Re: Hamrick v. President Bush, DC Circuit, No. 04-5316

---

# DUE PROCESS NOTICE ON
# STOLEN FIRST AMENDMENT RIGHT TO REDRESS OF GRIEVANCES

*We the People Foundation, Inc., et al* v. *United States, et al*, DC Circuit No. 05-5359 (May 8, 2007)[47] affirms the stolen right to redress of grievances under the petition clause of the First Amendment. The U.S. Department of Justice, the U.S. Marshals Service, and the FBI are hereby given DUE PROCESS NOTICE that a failure or refusal to promptly "redress this grievance" under the First Amendment will place the burden of remedy back upon the victim's Tenth Amendment powers reserved to the People and Ninth Amendment right to effect and prosecute the *CITIZEN'S ARREST WARRANT* on the basis that **silence is an affirmation of and for the legality of the** *CITIZEN'S ARREST WARRANT*.

---

[47] Plaintiffs contend that the First Amendment guarantees a citizen's right to receive a government response to or official consideration of a petition for redress of grievances. Plaintiffs' argument fails because, as the Supreme Court has held, the First Amendment does not encompass such a right. *See Minn. State Bd. for Cmty. Colls. v. Knight*, 465 U.S. 271, 283, 285 (1984); *Smith v. Arkansas State Highway Employees*, 441 U.S. 463, 465 (1979).

I, Don Hamrick, *sui juris*, citizen of Arkansas and of the United States under the Ninth, Tenth, Thirteenth and Fourteenth Amendments, am the unrepresented civil Plaintiff acting in the capacity of a *PRIVATE ATTORNEY GENERAL* with a civil RICO Act case against the United States Government (President George W. Bush, et al) and against the United Nations for breach of the United Nations Charter, Article 2, Clause 7, in defense of not only my own rights under the Second Amendment but also for the Second Amendment rights of the citizens of the United States at large, and under penalty of perjury, under the laws of the United States of America, hereby warrant that probable cause exists to justify the immediate arrest and arraignment of federal judges and their court clerks so named or implicated above on formal charges of participating as principals (18 U.S.C. § 2) in racketeering activities (18 U.S.C. § 1962) as accessory after the facts (18 U.S.C. § 3) and misprision of felony (18 U.S.C. § 4), of an unlawful and an unconstitutional protection scheme over the Second Amendment and for felony extortion (18 U.S.C. § 872) and conspiring to engage in a pattern of racketeering activities and related RICO "predicate acts" in connection with the above Civil RICO action, in violation of the criminal statutes at 18 U.S.C. 1961(1)(A), "Extortion" of exempted filing fees from the unrepresented civil Plaintiff Don Hamrick, a fully documented U.S. merchant seamen in violation of the Seamen's Suit law (28 U.S.C. § 1916).

I hereby verify also, under penalty of perjury, under the laws of the United States of America that I am the victim of felony extortion (18 U.S.C. § 872) under color of law (18 U.S.C. § 241 and 18 U.S.C. § 242) in retaliation for participating in Federal Protected Activities (18 U.S.C. § 245) of the federal judicial system as a U.S. merchant seaman and as an unrepresented civil Plaintiff acting in the capacity of a *PRIVATE ATTORNEY GENERAL* in defense of not only my own statutory, civil, and constitutional rights as a U.S. merchant seaman and as a U.S. citizen but also the same statutory, civil, and constitutional rights of all U.S. merchant seamen as a class of citizens and all U.S. citizens at large, and also as an eyewitness to, the criminal violations enumerated above.

Please make all necessary arrangements to execute the arrest of above named judges and the Court Clerk of the DC Circuit and/or to schedule on-site assistance to the victim from the U.S. Marshals Service and/or the Capitol Police for purposes of executing a proper Citizen's Arrest, at a time and place convenient to the victim and to your office.

## Miranda Warning
*Miranda v. Arizona*, 384 U.S. 436 (1966)

***You have the right to remain silent. Anything you do say may be used against you in a court of law. You have the right to consult an attorney before speaking and to have an attorney present during questioning now or in the future. If you cannot afford an attorney, one will be appointed for you at government expense. If you decide to answer questions now without an attorney present you will still have the right to stop answering at any time until you talk to an attorney.***

Sincerely,

Don Hamrick