UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON HAMRICK,

    Plaintiff,

v.                                                    C. A. No. 1:07-01726 (RMC)

RICHARD S. HOFFMAN, et al.,

    Defendants.
_____/

OPPOSITION OF SEAFARERS INTERNATIONAL UNION
TO PLAINTIFF'S MOTION FOR RECUSAL OF JUDGE COLLYER

Plaintiff Hamrick has served, and the Court has allowed to be filed, a number of miscellaneous documents, all purportedly responding to, and supplementing Plaintiff's opposition to, the three defendants' pending motions to dismiss. In perhaps an overabundance of caution, Defendant Seafarers International Union ("SIU" or "the Union") responds herewith to Plaintiff's motion for the recusal of Judge Rosemary Collyer.

Plaintiff's motion argues, at numbered pages 5 through 7, that the wording of Judge Collyer's order dismissing his original complaint without prejudice on October 19, 2007 – to the effect that his pleadings were ambiguous and illogical, and warning him not to file an amended complaint "that merely recycles" his original complaint – demonstrates judicial bias. Motion at 6.

Plaintiff's motion is without merit. No facts or argument suggest that the court's "impartiality might reasonably be questioned." 28 USC Section 455(a). There has been no evidence or an allegation of abuse of discretion or conflict of interest in any of the actions taken by the Court.

1

Indeed, all Plaintiff's pleadings, including his Amended Complaint and his recusal motion, have failed to meet the plain and concise standard of Rule 8 of the Federal Rules of Civil Procedure, and are extraordinarily time-consuming and difficult to read and understand, much less respond to.

For these reasons, the Court should deny Plaintiff's recusal motion forthwith. In addition, for the reasons described in SIU's motion to dismiss and the Union's reply to Plaintiff's opposition thereto, SIU requests that the Court dismiss Plaintiff's complaint in its entirety.

Respectfully submitted,

_____/s/_____
Barbara Kraft  D. C. Bar. No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW  Suite 600
Washington, DC  20004
(202) 783-1391
Fax (202) 783-1392
bkraft@kea-law.com

December 3, 2007

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing SIU opposition upon Plaintiff at his address below by first class mail, this 3rd day of December, 2007:

Don Hamrick
5860 Wilburn Road
Wilburn, AR  72129

_____/s_____

2