## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **Don Hamrick,** : | |
| : | |
|     **Plaintiff** : | |
| : | Civil Action No. CA - 07-01726 |
| v. : | Judge Rosemary M. Collyer |
| : | |
| **Richard S. Hoffman, M.D., et al.** : | |
| : | |
|     **Defendants.** : | |

### DEFENDANT RICHARD S. HOFFMAN, M.D.'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECUSAL

COMES NOW defendant Richard S. Hoffman, M.D. ("Dr. Hoffman"), by counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and submits this Opposition to Plaintiff's Motion for Recusal.

Plaintiff's motion is without merit. Plaintiff's argument in support of his motion for recusal does not satisfy the standard for recusal under 28 U.S.C. § 455(a). See Liteky v. United States, 510 U.S. 540, 554 (1994) ("judicial rulings alone almost never constitute a valid basis for a bias or partiality motion"); United States v. Barry, 961 F.2d 260, 263 (D.C. Cir. 1992) (for recusal to be appropriate under 455(a), "the appearance of bias or prejudice must stem from an extrajudicial source"); see also, Murchison v. Inter-City Mortgage Corp. Profit Sharing & Pension Plans, et al., 503 F. Supp. 2d 184; (D.D.C. 2007). Therefore, Plaintiff's motion should be denied.

In addition, Defendant Dr. Hoffman joins the Opposition filed by Seafarers International Union to Plaintiff's Motion to Recuse. For the reasons stated above and in Seafarers International Union's Opposition, the Court should deny Plaintiff's Motion. Defendant Dr.

282264.1

Hoffman also asks the Court to deny Plaintiff's Complaint for the reasons articulated in his Motion to Dismiss.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

By:   /s/ Kathleen H. Warin
        Robert W. Goodson, # 935239
        Kathleen H. Warin #492519
        1341 G Street, N.W.
        Suite 500
        Washington, D.C. 20005
        (202) 626-7660
        (202) 628-3606 (facsimile)
        Robert.Goodson@wilsonelser.com
        Kathleen.Warin@wilsonelser.com
        *Counsel for Defendant*
        *Richard S. Hoffman, M.D.*

282264.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendant Richard S. Hoffman, M.D.'s Opposition to Plaintiff's Motion for Recusal in support thereof was served, via electronic filing, this 5th day of December, 2007, to:

>Don Hamrick
>5860 Wilburn Road
>Wilburn, Arkansas  72179
>(by First Class Mail pursuant to Local Rule 5(e)(3))
>
>Karen A. Doner
>Williams Mullen, P.C.
>8270 Greensboro Drive
>Suite 700
>McLean, VA 22102
>*Attorney for Defendant*
>*Crowley Maritime Corp.*
>
>Barbara Kraft
>Kraft Eisenmann Alden, PLLC
>1001 Pennsylvania Ave, N.W.
>Suite 600
>Washington, D.C.  20004
>*Attorney for Defendant*
>*Seafarers International Union*

/s/ Kathleen H. Warin
Kathleen H. Warin

282264.1