**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DON HAMRICK** )<br>)<br>      **Plaintiff** )<br>)<br>v. )<br>)<br>**DR. RICHARD S. HOFFMAN, M.D.,** )<br>*et al.* )<br>)<br>      **Defendants** ) | Case No.: 1:07-cv-01726 |

**DEFENDANT CROWLEY MARITIME CORP.'S OPPOSITION TO
PLAINTIFF'S MOTION FOR RECUSAL**

Defendant Crowley Maritime Corp. ("Crowley" or "Defendant"), by counsel, hereby opposes the Motion for Recusal filed by Plaintiff Don Hamrick ("Plaintiff"), and states as follows:

Defendant joins the Opposition briefs filed by Defendants Richard S. Hoffman, M.D. and Seafarers International Union. Defendant notes, however, that no Amended Complaint appears to have been filed in this case.

WHEREFORE, Crowley respectfully requests that Plaintiff's Motion for Recusal be denied, and for such other and further relief that this Court deems proper.

Respectfully Submitted,

_____/s/_____
Karen A. Doner (Bar No. 158626)
WILLIAMS MULLEN, A Professional Corp.
8270 Greensboro Drive, Suite 700
McLean, VA  22102
(703) 760-5238
(703) 748-0244 (Fax)
Counsel for Crowley Maritime Corp.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of December, 2007, a copy of the foregoing was sent as follows:

Via First Class Mail, Postage Prepaid:

>Don Hamrick
>5860 Wilburn Road
>Wilburn, AR  72179
>*Pro Se* Plaintiff
>4donhamrick@gmail.com

Via E-Filing:

>Robert W. Goodson, Esq.
>Kathleen H. Warin, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>1341 G Street, N.W., Suite 500
>Washington, D.C.  20005
>Counsel for Richard S. Hoffman, M.D.
>
>Barbara Kraft, Esq.
>Kraft Eisenmann Alden, PLLC
>1001 Pennsylvania Ave., N.W., Suite 600
>Washington, D.C.  20004
>Counsel for Seafarers International Union

_____/s/_____
Karen A. Doner

1537902v1