UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DON HAMRICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. RICHARD S. HOFFMAN, M.D., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 07-1726 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' Motions to Dismiss [Dkt. ## 8, 9 & 10] are **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Recusal [Dkt. # 19] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: May 6, 2008                                                 /s/
                                                                 ROSEMARY M. COLLYER
                                                                 United States District Judge